IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

MIIAMI-DADE COUNTY,                                    GENERAL JURISDICTION DIVISION

     Plaintiff,                                              CASE NO.:

v.

SILTEK GROUP, INC., HARTFORD
CASUALTY INSURANCE COMPANY,

     Defendants.

_____

## **COMPLAINT**

Plaintiff Miami-Dade County (the "County") sues Defendants Siltek Group, Inc. ("Siltek") and Hartford Casualty Insurance Company ("Hartford") for damages stemming from defective construction of Gran Via Apartments (the "Apartments"), an affordable elderly housing community, located at the intersection of SW 127th Avenue and 8th Street in Miami-Dade County, Florida, and alleges as follows:

## **PARTIES, JURISDICTION, VENUE**

1.     This is an action for damages in excess of $15,000 exclusive of costs, prejudgment interest, and attorneys' fees.

2.     The County is a political subdivision of the state of Florida.

3.     Siltek is a Florida corporation, doing business in Miami-Dade County, Florida, whose principal address is 5800 SW 178th Ave., Southwest Ranches, Florida 33331.

4.     Hartford is a Connecticut corporation, doing business in Miami-Dade County, Florida, whose principal address is One Hartford Plaza, Hartford, Connecticut, 06155.

5.      Venue of this action is proper in Miami-Dade County, Florida, because the actions giving rise to the claims stated here occurred in Miami-Dade County, Florida.

6.      All conditions precedent to bringing this action have occurred, have been waived, or have been excused.

## GENERAL ALLEGATIONS

7.      This case relates to the construction of the Gran Via Apartments, an affordable elderly housing community in Miami-Dade County, Florida (the "Project" or "Apartments").

8.      The County is the owner of the Apartments.

9.      Siltek was the general contractor on the Project.

10.     Siltek and the County's relationship is governed by a contract with ISD Contract No. Z000107 dated on or around June 2012 (the "Contract").   Due to the voluminous nature of the Contract, only relevant portions of the Contract are attached as Exhibit A. The County will produce the entirety of the Contract documents upon request.

11.     The Contract provides, among other things, that "[i]f within five (5) years after the date of final completion of the Project or within such longer period of time as may be prescribed by law, by the Contract, or by the terms of any applicable special warranty required by the Contract Documents, any of the Work is found to be defective or not in accordance with the Contract, the Contractor shall correct it promptly after receipt of a written notice from the County to do so." Exhibit A, Contract at 00110, General Covenants and Conditions, Article 80C & D.

12.     The Contract also provides that, "[u]nless otherwise stated, the warranty shall be for a period of one (1) year commencing with the execution of the Certificate of Final Acceptance, as required by the County. . . . For certain products, such as mechanical equipment, roofing systems, coating systems, etc., the warranty period shall be as stipulated within specifications and the warranty period shall commence from the date the individual equipment or product is put into full productive service." *Id.* at 00110, General Covenants and Conditions, Article 97.

13.     The specifications section of the Contract also provides for a manufacturer's guarantee in the form of a "[s]ingle source NDL (No Dollar Limit) [warranty], without monetary limitation, includ [ing] materials and workmanship to maintain roof in a watertight condition." *Id.* at section 07510, Built-Up Asphalt Roofing System, § 1.10.  The warranty period for the NDL warranty is 20 years from date of completion.  *Id.*

14.     In addition, the Contract provides that, "[i]n addition to the required Manufacturer's twenty (20) year 'No Dollar Limit' warranty for roofing systems, the contractor shall provide a 5-year warranty, in which contractor agrees to repair or replace components of roofing system that fail in materials or workmanship with the specified warranty period.  Failure includes roof leaks. The warranty shall be a term type, with no conditions, exclusions, exclusions of remedies by the County, deductibles or limitations on coverage amount." *Id.*

15.     Siltek obtained a payment and performance bond for the Project from Hartford in the amount of $9,720,950 (the "Bond").  A copy of the Bond is attached as Exhibit B.

16.     Siltek began construction on the Project in August 2012.

17.     At the beginning of the job, Aleluya Roofing, a now defunct company, served as the roofing subcontractor for the Project.

18.     At some point during construction, Solomon Roofing & Construction took over from Aleluya, and completed the roofing system on the Project.

19.     The Project reached substantial completion on or about August 28, 2014.

20.     The Apartments obtained a certificate of occupancy on or about September 13, 2014.

21.     At the time of the obtainment of the certificate of occupancy, the roof of the Apartments did not reveal any defect that could be discovered using ordinary and reasonable care in inspection.

22.     CertainTeed Corporation ("CT") provided the County with a 20 year NDL limited warranty for the Apartment's roofing system (the "Manufacturer's Warranty").  A copy of the Manufacturer's Warranty is attached as Exhibit C.

23.     After construction, the County retained an independent management company, Royal American Management, Inc. ("Royal"), to provide property management services for the Apartments.

24.     On or about January 29, 2016, representatives from the County met with building management for the Apartments and learned of several latent defects in the construction of the Apartments, including water ponding on the roof, and additional cracks having surfaced and re-surfaced (inclusive of cracks repaired by Siltek during construction of the Project) in the walls, ceilings, balconies, and other areas.

25.     On February 12, 2016, the County sent Siltek a letter notifying it of the discovery of latent defects, and offering Siltek the "opportunity to inspect the building for the items in

question and for [Siltek] to . . . make an offer to remedy these items." A copy of the February 12, 2016 letter is attached as Exhibit D. The County sent a copy of the letter to Hartford.

26.     Around the same time the County was communicating with Hartford and Siltek about the latent defects, Royal was reaching out to CT, asking CT to repair the leaks.

27.     In August 2016, CT sent a roofing contractor to the Apartments to repair at least one of the leaks. The roofing contractor, and agent for CT noted that the entire roof needed repairs, and that the roof would continue to deteriorate until the roof was replaced.

28.     After months of the County attempting to schedule an inspection with Siltek to no avail, and the roof defects – and water leaking as a result of the roof defects – simultaneously getting worse, on October 17, 2016, the County sent a notice of latent defect directly to Hartford. A copy of the notice of latent defect sent to Hartford is attached here as Exhibit E. The notice of latent defect to Hartford again identified the deteriorating roof, and also noted that expansion cracks had occurred in locations where expansion joints should have been constructed, but were not.

29.     On or about January 12, 2017, an inspection of the Apartments was conducted with representatives from Siltek, Hartford, Royal, and the County. This was the first time after receiving the notices of latent defect that any representative from Siltek or Hartford inspected the latent defects.

30.     The attendees at the inspection identified specific defects in the construction, including but not limited to, stucco cracks at the north and south elevations at the expansion joint locations, areas of the roof where material was pealing, cracking, and blistering, and areas of the roof where leaks were occurring.

31.     On or about October 19, 2017, another inspection of the Apartments was conducted. This time representatives from Siltek, Hartford, CT, and the County were present.  Among the issues identified were leaks in several apartments, water migrating below the roof and traveling down, water gushing into the women's restroom on the first floor next to the lobby below the lower roof, stucco cracks getting larger, and new water damage to other portions of the roof.

## COUNT I
## BREACH OF CONTRACT
(Against Siltek)

32.     The County incorporates by reference paragraphs 1 through 31 as if fully set forth here.

33.     On or about June 2012, the County and Siltek entered the Contract for the construction of the Apartments.

34.     The Contract provides, among other things, that "[i]f within five (5) years after the date of final completion of the Project or within such longer period of time as may be prescribed by law, by the Contract, or by the terms of any applicable special warranty required by the Contract Documents, any of the Work is found to be defective or not in accordance with the Contract, the Contractor shall correct it promptly after receipt of a written notice from the County to do so." Exhibit A, Contract at 00110, General Covenants and Conditions, Article 80 C & D.

35.     The Contract also provides that the Contractor "shall fully comply with all requirements of applicable codes, regulations and standards whether indicated in the Contract Documents or not[.]"  *Id.* at Article 4.

36.     The standards indicated in the specifications of the Contract provide that the Contractor shall "[p]rovide and install new roofing and waterproofing system that does not permit the passage/infiltration of water and remain watertight."  *Id.* at section 07510, Built-Up Asphalt Roofing System, § 1.04A.

37.     Siltek breached its Contract with the County when, among other things, it provided the County with the Apartments containing numerous construction defects, including a roofing system that is not watertight and missing expansion joints in places where they should have been construction, neither of which was known to the County nor apparent by reasonable inspection at the time of completion of the Project.

38.     The County has suffered damages as a result of Siltek's breach.

WHEREFORE, the County demands judgment against Siltek for compensatory damages, an award of prejudgment interest, taxable costs, attorneys' fees, and for any other relief which this Court finds is just and equitable.

## COUNT II
## BREACH OF EXPRESS WARRANTY
### (Against Siltek)

39.     The County incorporates by reference paragraphs 1 through 31 as if fully set forth here.

40.     On or about June 2012, the County and Siltek entered the Contract for the construction of the Apartments.

41.     The Contract includes an express warranty from the Contractor to the County for the roofing system.   Specifically, the Contract provides that, "[i]n addition to the required

Manufacturer's twenty (20) year 'No Dollar Limit' warranty for roofing systems, the contractor shall provide a 5-year warranty, in which contractor agrees to repair or replace components of roofing system that fail in materials or workmanship with the specified warranty period.  Failure includes roof leaks.  The warranty shall be a term type, with no conditions, exclusions, exclusions of remedies by the County, deductibles or limitations on coverage amount."  Exhibit A, Contract at section 07510, Built-Up Asphalt Roofing System, § 1.10.

42.     Siltek breached its warranty because, as explained above, the roofing system has been defective and causing leaks since at least 2016, and Siltek has failed to repair or replace components of the roofing system, despite the County's notice to Siltek of such failure.

WHEREFORE, the County demands judgment against Siltek for compensatory damages, an award of prejudgment interest, taxable costs, attorneys' fees, and for any other relief which this Court finds is just and equitable.

### COUNT III
### BREACH OF CONTRACT
(Against Hartford)

43.     The County incorporates by reference paragraphs 1 through 31 as if fully set forth here.

44.     On or about July 6, 2012, Siltek and Hartford entered into the Bond, agreeing that Hartford would be bound to the County in the amount of $9,720,950 for the Project, as long as the Bond's conditions were met.  *See* Exhibit B.

45.     The Bond specifically incorporates the terms of the Contract.  *See id.*

46.     The Bond remains in full force and effect until Siltek performs all work under the Contract, including "the curing of latent defects."

47.     As described above, Siltek defaulted under its Contract with the County when, among other things, it provided the County with the Apartments containing numerous construction defects that were neither known to the County nor apparent by reasonable inspection at the time of completion of the Project.

48.     On or about October 17, 2016, the County notified Hartford of Siltek's breach of contract, *i.e.,* the latent defects at the Apartments, and that Siltek had failed to respond or correct the latent defects, and requesting a response as to what actions Hartford would take to cure the latent defects.

49.     Pursuant to the terms of the Bond, Hartford was required to pay for all losses, damages, expenses, costs, and attorney's fees incurred as a result of Siltek's default.

50.     Hartford has breached the Bond by failing either to correct the latent defects on the Project or to provide payment to the County under the Bond.

51.     As a result of Hartford's breach, the County has suffered damages.

WHEREFORE, the County demands judgment against Hartford for compensatory damages, an award of prejudgment interest, taxable costs, attorneys' fees, and for any other relief which this Court finds is just and equitable.

## **JURY DEMAND**

52. The County demands trial by jury of all issues so triable.

## <u>DESIGNATION OF E-MAIL ADDRESSES</u>

Pursuant to Florida Rule of Judicial Administration 2.516, undersigned counsel hereby designates his/her primary and secondary e-mail addresses for purposes of e-mail service as follows:

| | |
|---|---|
| Primary e-mail address: | angela.benjamin@miamidade.gov |
| Secondary e-mail address: | Jeane.Neal@miamidade.gov |
| | |
| Primary e-mail address: | ewg@miamidade.gov |
| Secondary e-mail address: | kih@miamidade.gov |

**ABIGAIL PRICE-WILLIAMS**
Miami-Dade County Attorney
*Attorney for Plaintiff Miami-Dade County*
Stephen P. Clark Center, Suite 2810
111 Northwest First Street
Miami, Florida 33128-1993

By: /s/ *Angela Benjamin*_____

    *Angela F. Benjamin*
    Assistant County Attorney
    Florida Bar Number 15914
    *Eduardo Gonzalez*
    Assistant County Attorney
    Florida Bar Number 129607
    Telephone:    (305) 375-5151
    Facsimile:    (305) 375-5634
    Email:   angela.benjamin@miamidade.gov
           Jeane.Neal@miamidade.gov
    Email:  ewg@miamidade.gov
           kih@miamidade.gov

# EXHIBIT A



# MIAMI-DADE COUNTY
## INTERNAL SERVICES DEPARTMENT
### DESIGN AND CONSTRUCTION SERVICES DIVISION

## CONSTRUCTION OF AFFORDABLE HOUSING AND
## HOME OWNERSHIP IN DISTRICT 11 - GRAN VIA APARTMENTS
### ISD Contract No. Z000107

**CSBE GOAL:**      24.00%                **BID DUE DATE:**   December 16, 2011
**CWP GOAL:**       N/A

### Project Manual
### Volume 1 of 3
### General Documents - Division 0
### General Requirements - Division 1

**BOARD OF COUNTY COMMISSIONERS**
JOE A. MARTINEZ, CHAIRMAN
AUDREY M. EDMONSON, VICE-CHAIRWOMAN

**INTERNAL SERVICES DEPARTMENT**
LESTER SOLA, DIRECTOR

**DESIGN AND CONSTRUCTION SERVICES DIVISION**
JOSE R. PEREZ, AIA, LEED®AP, DIRECTOR

**ARCHITECT OF RECORD**
**ARCHITECTURE AND ENGINEERING SECTION**
FRANCISCO SUAREZ, R.A., LEED®AP

**CONTRACTING AGENT**
**CONTRACTS ADMINISTRATION SECTION**
FERNANDO V. PONASSI, MA ARCH., LEED®AP, MANAGER

SET NO. _____

# CONSTRUCTION OF AFFORDABLE HOUSING AND HOME OWNERSHIP IN DISTRICT 11 - GRAN VIA APARTMENTS
## ISD Contract No. Z000107



**Carlos A. Gimenez**
**Mayor**

**Board of County Commissioners**
Joe A. Martinez, Chairman
Audrey M. Edmonson, Vice-Chairwoman

| | |
|---|---|
| Barbara J. Jordan | Lynda Bell |
| District 1 | District 8 |
| Jean Monestime | Dennis C. Moss |
| District 2 | District 9 |
| Audrey M. Edmonson | Senator Javier D. Souto |
| District 3 | District 10 |
| Sally A. Heyman | Joe A. Martinez |
| District 4 | District 11 |
| Bruno A. Barreiro | Jose "Pepe" Diaz |
| District 5 | District 12 |
| Rebeca Sosa | Esteban Bovo, Jr. |
| District 6 | District 13 |
| Xavier L. Suarez | |
| District 7 | |

Alina T. Hudak, Deputy Mayor/County Manager

R. A. Cuevas, Jr., County Attorney

**Miami-Dade County Internal Services Department**
Lester Sola, Director

**Design and Construction Services Division**
Jose Perez, AIA, LEED®AP, Director

ARCHITECT OF RECORD
**Architecture and Engineering Section**
Francisco Suarez, R.A., LEED®AP, Senior Architect

CONTRACTING AGENT
**Contracts Administration Section**
Fernando V. Ponassi, MA Arch., LEED®AP, Manager
111 N.W. 1st Street, Suite 2420
Miami, Florida, 33128
Tel (305) 375-3965/Fax (305) 375-1125

Construction of Affordable Housing and
Home Ownership in District 11 - Gran Via Apartments
ISD Contract No. Z000107

00002 Project Directory - Page 1 of 2
Prepared by CAS/DCSD
Revised 10/1/11

**THIS PAGE INTENTIONALLY LEFT BLANK**

Construction of Affordable Housing and
Home Ownership in District 11 - Gran Via Apartments
ISD Contract No. Z000107

00002 Project Directory - Page 2 of 2
Prepared by CAS/DCSD
Revised 10/1/11

**TABLE OF CONTENTS**

**VOLUME 1   GENERAL DOCUMENTS**
**DIVISION 0   BIDDING REQUIREMENTS, CONTRACT FORMS AND CONDITIONS OF THE CONTRACT**

| SECTION | TITLE | PAGES |
|---------|-------|-------|
| 00002 | PROJECT DIRECTORY | 2 |
| 00003 | TABLE OF CONTENTS | 8 |
| 00004 | LIST OF DRAWINGS | 6 |
| 00020 | ADVERTISEMENT | 4 |
| 00100 | INSTRUCTIONS TO PROSPECTIVE CONTRACTOR | 12 |
| 00110 | GENERAL COVENANTS AND CONDITIONS | 50 |
| 00120 | SUPPLEMENTAL GENERAL COVENANTS AND CONDITIONS | 14 |
| 00130 | SPECIAL PROVISIONS | 10 |
| 00140 | CODE AND ORDINANCE REQUIREMENTS | 8 |
| 00150 | BID PROTEST PROCEDURES | 2 |
| 00300 | PROPOSAL FORM | 8 |
| 00410 | BID BOND FORM | 6 |
| 00466 | LISTING OF SUBCONTRACTORS AND SUPPLIERS | 2 |
| 00480 | VENDOR AFFIRMATION AFFIDAVIT | 2 |
| 00481 | COLLUSION AFFIDAVIT | 2 |
| 00482 | EMPLOYMENT AND PROCUREMENT PRACTICES | 2 |
| 00500 | CONSTRUCTION CONTRACT | 6 |
| 00615 | SURETY PERFORMANCE BOND | 2 |

**PROVISIONS AND FORMS RELATED TO THE CONTRACT**

RESPONSIBLE WAGES AND BENEFITS – BUILDING CATEGORY, 2011
http://www.miamidade.gov/sba/library/WR-2011_Building.pdf

SBD COMMUNITY SMALL BUSINESS ENTERPRISE (CSBE) PARTICIPATION PROVISIONS
http://www.miamidade.gov/sba/library/CSBE_Participation_Provisions.pdf

SBD FORM 300 – CSBE MONTHLY UTILIZATION REPORT
http://www.miamidade.gov/sba/library/CSBE_Mur.pdf

SBD FORM 303 – UNAVAILABILITY CERTIFICATE
http://www.miamidade.gov/sba/library/CSBE_Unavailability_Certificate.pdf

SBD FORM 305A – UNAVAILABILITY OF A CSBE DUE TO COMPETITIVENESS
http://www.miamidade.gov/sba/library/CSBE_Competitiveness_Unavailability.pdf

SBD FORM 305B – AVAILABILITY OF NON-CSBEs
http://www.miamidade.gov/sba/library/Intent_schedule_4_non_CSBEs_305b.pdf

SBD FORM 400 – CSBE SCHEDULE OF INTENT
http://www.miamidade.gov/sba/library/CSBE_SOI.pdf

SBD CSBE CERTIFIED FIRMS LIST
http://www.miamidade.gov/sba/library/certify_CSBE_by_firms.pdf

Construction of Affordable Housing and
Home Ownership in District 11 - Gran Via Apartments
ISD Contract No. Z000107

00003 Table of Contents - Page 1 of 8
Prepared by CAS/DCSD
Revised 10/1/11

**DIVISION 1   GENERAL REQUIREMENTS**

| SECTION | TITLE | PAGES |
|---------|-------|-------|
| **01000** | **SUMMARY** | |
| 01010 | Summary of Work | 4 |
| 01225 | Measurement and Payments | 8 |
| 01030 | Bid Alternates | 4 |
| 01040 | Coordination | 4 |
| 01042 | Art in Public Places Coordination | 4 |
| 01045 | Cutting and Patching | 4 |
| 01050 | Field Engineering | 4 |
| 01060 | Information Available to Bidders | 2 |
| | | |
| **01200** | **PRICE AND PAYMENT PROCEDURES** | |
| 01250a | Proposal Request | 2 |
| 01250b | Change to RPQ - DRAFT | 4 |
| 01250f | Architect/Engineer of Record's Supplemental Instructions | 2 |
| 01290 | Payment Procedures | 4 |
| | | |
| **01300** | **ADMINISTRATIVE REQUIREMENTS** | |
| 01310 | Project Management and Coordination | 10 |
| 01320 | Construction Progress Documentation | 14 |
| 01320a | Weekly Progress Report | 2 |
| 01330 | Submittal Procedures | 10 |
| 01340 | Shop Drawings, Product Data, and Samples | 4 |
| 01350 | Special Procedures | 4 |
| 01352 | LEED Requirements | 8 |
| 01352a | LEED NC 3.0 Project Checklist | 2 |
| 01354 | Construction Indoor Air Quality Management… | 8 |
| | | |
| **01400** | **QUALITY REQUIREMENTS** | |
| 01410 | Regulatory Requirements | 4 |
| 01420 | References | 4 |
| 01430 | Quality Assurance | 6 |
| 01450 | Quality Control | 6 |
| | | |
| **01500** | **TEMPORARY FACILITIES & CONTROLS** | |
| 01510 | Temporary Utilities | 8 |
| 01520 | Construction Facilities | 6 |
| 01524 | Construction Waste Management | 6 |
| 01524a | Construction Waste Management Template | 2 |
| 01560 | Temporary Barriers and Enclosures | 10 |
| 01570 | Temporary Controls | 2 |
| | | |
| **01600** | **PRODUCT REQUIREMENTS** | |
| 01610 | Basic Product Requirements | 4 |
| 01620 | Product Options | 4 |

Construction of Affordable Housing and                                    00003 Table of Contents - Page 2 of 8
Home Ownership in District 11 - Gran Via Apartments                        Prepared by CAS/DCSD
ISD Contract No. Z000107                                                   Revised 10/1/11

01630      Product Substitution Procedures ............................................................ 4
01630a     Contractor's Substitution Request .......................................................... 2
01663      Product Delivery, Storage, and Handling Requirements ............................. 2

**01700      EXECUTION REQUIREMENTS**
01700      Contract Closeout ............................................................................. 4
01710      Examination .................................................................................... 4
01720      Preparation ..................................................................................... 6
01730      Execution ....................................................................................... 8
01735      Operation and Maintenance Data ....................................................... 2
01740      Cleaning ......................................................................................... 4
01745      Warranties....................................................................................... 2
01750      Starting and Adjusting ...................................................................... 2
01760      Protection of Installed Construction ................................................... 2
01770      Closeout Procedures ........................................................................ 8
01770a     Contractor's Request for Substantial Completion Inspection .................. 2
01770b     Architect/Engineer's Notification of Readiness for Substantial
           Completion Inspection ...................................................................... 2
01770c     Substantial Completion Inspection ..................................................... 2
01770d     Substantial Completion Inspection Additional ...................................... 2
01770e     A/E's Letter to Establish Substantial Completion Date........................... 2
01770f     Contractor's Request for Final Completion Inspection ........................... 2
01770g     A/E's Notification of Readiness for Final Completion Inspection.............. 2
01770h     A/E's Letter of Establishing Final Completion Date .............................. 2
01780      Closeout Submittals ......................................................................... 16

**01800      FACILITY OPERATIONS**
01810      Fundamental Commissioning Requirements.......................................... 20
01820      Demonstration and Training ............................................................... 2

Construction of Affordable Housing and                      00003 Table of Contents - Page 3 of 8
Home Ownership in District 11 - Gran Via Apartments                        Prepared by CAS/DCSD
ISD Contract No. Z000107                                                       Revised 10/1/11

**VOLUME 2   TECHNICAL SPECIFICATIONS**
**DIVISION 2   SITE WORK**

| SECTION | TITLE | PAGES |
|---------|-------|-------|
| 02110 (31 10 00) | Site Clearing | 6 |
| 02200 (31 00 00) | Earthwork | 8 |
| 02220 (31 23 10) | Excavation and Fill for Utility Systems | 8 |
| 02280 (31 31 00) | Soil Treatment | 4 |
| 02500 (00 00 00) | Concrete Unit Pavers | 6 |
| 02510 (32 12 17) | Asphaltic Concrete Paving for Parking and Drives | 6 |
| 02529 (00 00 00) | Concrete Sidewalks, Straight Curbs, Curbs, Gutters & Traffic Sep | 2 |
| 02551 (34 41 05) | Maintenance of Traffic | 2 |
| 02580 (32 17 23) | Pavement Marking & Raised Retro-Reflective Pavement Markers | 4 |
| 02586 (33 71 49.23) | Exterior Electrical Work Underground | 4 |
| 02605 (33 05 13) | Precast Manholes | 4 |
| 02660 (33 10 00) | Water Distribution | 8 |
| 02720 (33 40 00) | Storm Drainage | 8 |
| 02730 (33 30 00) | Sanitary Sewer Distribution System | 8 |
| 02810 (00 00 00) | Irrigation System | 22 |
| 02826 (32 31 16) | Welded Wire Fences | 4 |
| 02830 (32 31 13) | Chain Link Fences | 6 |
| 02848 (32 17 13) | Wheel Stop | 2 |
| 02870 (00 00 00) | Site Furnishings | 4 |
| 02890 (34 41 14) | Traffic Signs | 2 |
| 02931 (32 92 23) | Sodding | 12 |
| 02950 (00 00 00) | Landscape | 22 |
| 02951 (32 01 17.63) | Asphaltic Concrete Patching | 4 |
| 02952 (32 01 17.64) | Asphaltic Concrete Repair and Sealing | 6 |

**DIVISION 3   CONCRETE**

| SECTION | TITLE | PAGES |
|---------|-------|-------|
| 03100 (03 10 00) | Concrete Formwork | 8 |
| 03200 (03 20 00) | Concrete Reinforcement | 6 |
| 03300 (03 30 00) | Cast-In-Place Concrete | 32 |
| 03700 (03 01 00) | Concrete Repair | 6 |

**DIVISION 4   MASONRY**

| SECTION | TITLE | PAGES |
|---------|-------|-------|
| 04200 (04 20 00) | Unit Masonry | 14 |
| 04230 (04 20 20) | Reinforced Unit Masonry | 6 |
| 04530 (04 29 00) | Masonry Patchwork | 2 |

Construction of Affordable Housing and                    00003 Table of Contents - Page 4 of 8
Home Ownership in District 11 - Gran Via Apartments                    Prepared by CAS/DCSD
ISD Contract No. Z000107                    Revised 10/1/11

**DIVISION 5   METALS**

| SECTION | TITLE | PAGES |
|---|---|---|
| 05120 (05 12 00) | Structural Steel | 8 |
| 05400 (05 44 00) | Cold Formed Metal Framing | 4 |
| 05500 (05 50 00) | Metal Fabrications | 8 |
| 05511 (05 51 00) | Metal Stairs | 14 |
| 05520 (05 52 00) | Metal Handrails and Railings | 4 |

**DIVISION 6   WOOD AND PLASTICS**

| SECTION | TITLE | PAGES |
|---|---|---|
| 06100 (06 10 00) | Carpentry | 6 |
| 06300 (06 05 73) | Wood Treatment | 2 |
| 06400 (06 40 00) | Architectural Woodwork | 6 |

**DIVISION 7   THERMAL AND MOISTURE PROTECTION**

| SECTION | TITLE | PAGES |
|---|---|---|
| 07084 (07 08 40) | Green Wall | 4 |
| 07121 (07 14 16) | Cold Fluid - Applied Waterproofing | 6 |
| 07190 (07 26 00) | Vapor Barrier | 2 |
| 07210 (07 21 00) | Building Insulation | 4 |
| 07270 (07 84 00) | Fire stopping and Smoke Barrier Caulking | 8 |
| 07510 (07 51 13) | Built-Up Asphalt Roofing System | 12 |
| 07920 (07 92 00) | Joint Sealants | 6 |

**DIVISION 8   DOORS AND WINDOWS**

| SECTION | TITLE | PAGES |
|---|---|---|
| 08110 (08 11 13) | Steel Doors and Frames | 8 |
| 08210 (08 14 16) | Flush Wood Doors | 6 |
| 08305 (08 31 00) | Access Doors and Panels | 4 |
| 08333 (08 33 23) | Overhead Coiling Doors | 4 |
| 08400 (08 41 00) | Entrances & Storefronts | 6 |
| 08520 (08 51 13) | Aluminum Windows | 8 |
| 08710 (08 71 00) | Door Hardware | 10 |
| 08730 (08 71 00) | Automatic Door Operators | 4 |
| 08800 (08 80 00) | Glass and Glazing | 10 |

Construction of Affordable Housing and
Home Ownership in District 11 - Gran Via Apartments
ISD Contract No. Z000107

00003 Table of Contents - Page 5 of 8
Prepared by CAS/DCSD
Revised 10/1/11

**VOLUME 3   TECHNICAL SPECIFICATIONS**
**DIVISION 9   FINISHES**

| SECTION | TITLE | PAGES |
|---|---|---|
| 09220 (09 24 00) | Portland Cement Plaster (Stucco) | 12 |
| 09250 (09 29 00) | Gypsum Board | 12 |
| 09315 (00 00 00) | Porcelain Tile | 12 |
| 09510 (09 51 00) | Acoustical Ceilings | 8 |
| 09900 (09 91 00) | Painting | 16 |

**DIVISION 10  SPECIALTIES**

| SECTION | TITLE | PAGES |
|---|---|---|
| 10200 (08 91 00) | Louvers & Vents | 6 |
| 10520 (10 44 00) | Fire Protection Specialties | 4 |
| 10550 (10 55 13) | Mailboxes | 4 |
| 10810 (10 28 13) | Toilet Accessories | 4 |
| 10987 (10 57 87) | Wire Metal Shelving | 2 |

**DIVISION 11  EQUIPMENT**

| SECTION | TITLE | PAGES |
|---|---|---|
| 11172 (11 82 00) | Compactor | 2 |
| 11175 (14 91 00) | Trash Chute | 6 |
| 11450 (11 31 00) | Residential & Commercial Appliances | 4 |

**DIVISION 12  FURNISHINGS**

| SECTION | TITLE | PAGES |
|---|---|---|
| 12482 (12 48 20) | Entrance Floor Grids and Frames | 4 |
| 12490 (12 21 13) | Window Treatments | 6 |

**DIVISION 13  SPECIAL CONSTRUCTION**

| SECTION | TITLE | PAGES |
|---|---|---|
| 13100 (26 41 00) | Lightning Protection | 4 |
| 13825 (00 00 00) | Intrusion Detection System | 6 |
| 13827 (00 00 00) | CCTV Surveillance System | 4 |
| 13845 (28 31 00) | Fire Alarm Detection System | 18 |

**DIVISION 14  CONVEYING SYSTEMS**

| SECTION | TITLE | PAGES |
|---|---|---|
| 14212 (14 21 23) | Electric Traction Elevators | 16 |

Construction of Affordable Housing and
Home Ownership in District 11 - Gran Via Apartments
ISD Contract No. Z000107

00003 Table of Contents - Page 6 of 8
Prepared by CAS/DCSD
Revised 10/1/11

**DIVISION 15  MECHANICAL**

| SECTION | TITLE | PAGES |
|---|---|---|
| 15050 (22 05 00) | Basic Materials and Methods | 6 |
| 15052 (26 29 23) | Variable Frequency Drives | 6 |
| 15055 (26 29 24) | Motors | 4 |
| 15060 (21 05 29) | Hangers and Supports | 6 |
| 15070 (21 05 49) | Mechanical Sound and Vibration Control | 6 |
| 15075 (21 05 53) | Mechanical Identification | 2 |
| 15078 (21 05 56) | Field Painting of Mechanical Systems | 4 |
| 15083 (21 07 13) | Duct Insulation | 6 |
| 15089 (22 07 19) | Piping Insulation | 6 |
| 15100 (22 05 26) | Valves | 6 |
| 15105 (22 10 10) | Plumbing Piping | 8 |
| 15170 (22 14 29) | Sump Pumps | 4 |
| 15182 (23 21 23) | HVAC Pumps | 2 |
| 15183 (23 21 13) | Hydronic Piping | 4 |
| 15184 (23 2310) | Refrigerant (DX) Piping and Specialties | 6 |
| 15300 (21 10 00) | Fire Sprinkler System | 10 |
| 15320 (21 30 10) | Fire Pump and Controls | 6 |
| 15410 (22 40 00) | Plumbing Fixtures | 12 |
| 15430 (22 48 00) | Plumbing Specialties | 6 |
| 15440 (21 11 23) | Domestic Water Pumps | 8 |
| 15480 (22 36 00) | Domestic Water Heaters | 2 |
| 15484 (00 00 00) | Fuel Oil Systems | 8 |
| 15724 (23 77 01) | Commercial DX Air Conditioning System | 6 |
| 15736 (23 81 03) | Ductless Air Conditioner | 2 |
| 15810 (23 31 13) | Metal Ducts & Accessories | 12 |
| 15816 (23 31 16) | Non Metal Ducts | 8 |
| 15830 (23 24 00) | Fans | 14 |
| 15850 (23 37 00) | Air Outlets and Inlets | 10 |
| 15860 (23 40 00) | Air Cleaning Devices | 4 |
| 15900 (23 09 00) | HVAC Instrumentation and Controls | 6 |
| 15940 (23 09 93) | Sequence of Operation | 2 |
| 15995 (23 05 93) | Startup & Certification of Air, Water & Control Systems | 6 |
| 15996 (00 00 00) | LEED HVAC Systems Commissioning | 4 |
| 15997 (00 00 00) | LEED Plumbing Systems Commissioning | 2 |

**DIVISION 16  ELECTRICAL**

| SECTION | TITLE | PAGES |
|---|---|---|
| 16010 (26 02 00) | General Provisions | 6 |
| 16020 (26 03 00) | Completion of Work | 2 |
| 16023 (00 00 00) | Codes and Standards | 2 |
| 16050 (26 05 00) | Basic Materials and Methods | 4 |
| 16053 (26 05 10) | Provisions for Interior Finishing | 2 |
| 16060 (26 05 26) | Grounding | 6 |

Construction of Affordable Housing and
Home Ownership in District 11 - Gran Via Apartments
ISD Contract No. Z000107

00003 Table of Contents - Page 7 of 8
Prepared by CAS/DCSD
Revised 10/1/11

16070 (26 05 30)     Equipment Bases, Mats and Supports ................................................ 2
16072 (26 05 29)     Electrical Supporting Devices .......................................................... 2
16080 (26 08 10)     Electrical Inspection and Testing .................................................... 2
16085 (26 08 20)     Cables, Splices and Terminations Testing ...................................... 6
16088 (26 08 30)     Acceptance Tests and Performance Verification ............................ 8
16110 (00 00 00)     Underground Services ...................................................................... 2
16111 (00 00 00)     Raceways, Conduits, Fittings and Supports .................................... 8
16120 (26 05 20)     Wire and Cables ............................................................................... 6
16129 (26 05 34)     Terminal Lugs ................................................................................... 2
16137 (26 05 32)     Pull and Junction Boxes .................................................................. 4
16138 (26 05 37)     Outlet Boxes ..................................................................................... 4
16140 (00 00 00)     Wiring Devices .................................................................................. 4
16160 (00 00 00)     Terminal Cabinets ............................................................................ 2
16220 (26 29 10)     Motor Starters ................................................................................... 4
16225 (26 24 20)     Motors and Motor Controls .............................................................. 4
16250 (00 00 00)     Automatic Transfer Switch ............................................................... 8
16400 (26 10 10)     Service and Distribution .................................................................. 4
16410 (26 28 16)     Circuit Breakers ............................................................................... 4
16413 (00 00 00)     Safety Switches ................................................................................ 2
16415 (26 43 13)     Transient Voltage Surge Suppressors ............................................ 6
16425 (00 00 00)     Switchboard ...................................................................................... 6
16440 (26 24 16)     Panel Boards and Load Centers ..................................................... 4
16450 (26 25 00)     Low Voltage Plug-In Busway ........................................................... 6
16460 (26 22 13)     Energy Efficient Dry Type Transformers ......................................... 4
16475 (00 00 00)     Overcurrent Protective Devices ...................................................... 4
16490 (26 28 13)     Fuses ................................................................................................ 2
16500 (00 00 00)     Lighting Standards ........................................................................... 2
16510 (26 51 00)     Interior Luminaries ......................................................................... 12
16511 (00 00 00)     Lighting Fixtures and Lamps ........................................................... 6
16520 (26 56 00)     Exterior Luminaries ........................................................................ 10
16530 (00 00 00)     Exterior Lighting .............................................................................. 4
16572 (26 09 23)     Lighting Controls ............................................................................. 6
16622 (00 00 00)     Generator ........................................................................................ 18
16910 (26 09 00)     Electric Systems Controls ............................................................... 2
16912 (26 09 10)     Mechanical Systems Controls ......................................................... 2
16995 (00 00 00)     LEED Electrical Systems Commissioning ....................................... 2

**END OF SECTION 00003**

Construction of Affordable Housing and                    00003 Table of Contents - Page 8 of 8
Home Ownership in District 11 - Gran Via Apartments                      Prepared by CAS/DCSD
ISD Contract No. Z000107                                                      Revised 10/1/11

SECTION 00004 – BID SET - LIST OF DRAWINGS

<u>General</u>

| | | |
|---|---|---|
| 1. | G0.1.001 | COVER SHEET |
| 2. | G0.2.001 | EXTERIOR BUILDING RENDERING |
| 3. | G0.3.001 | INDEX OF DRAWINGS |
| 4. | G0.3.002 | INDEX OF DRAWINGS |
| 5. | G0.4.001 | PROJECT INFORMATION, LEGEND AND SYMBOLS |
| 6. | G0.5.001 | SITE DATA |
| 7. | G0.6.001 | FLORIDA ACCESSIBILITY REQUIREMENTS – SHEET 1 |
| 8. | G0.6.002 | FLORIDA ACCESSIBILITY REQUIREMENTS – SHEET 2 |

<u>Survey</u>

| | | |
|---|---|---|
| 9. | 1 of 1 | BOUNDARY SURVEY DATED JUNE 1, 2010, PREPARED BY ROBAYNA AND ASSOCIATES INC., AND LAST REVISED ON APRIL 21, 2011. |
| 10. | 1 of 1 | SPECIFIC PURPOSE SURVEY DATED MAY 5, 2011, PREPARED BY ROBAYNA AND ASSOCIATES INC. |

<u>Civil</u>

| | | |
|---|---|---|
| 11. | C0.01 | GENERAL NOTES |
| 12. | C0.02 | WATER AND SEWER GENERAL NOTES |
| 13. | C1.01 | SITE PLAN |
| 14. | C1.02 | SITE PLAN |
| 15. | C2.01 | PAVING, GRADING, AND DRAINAGE PLAN |
| 16. | C2.02 | PAVING, GRADING, AND DRAINAGE PLAN |
| 17. | C2.03 | PAVING, GRADING, AND DRAINAGE PLAN |
| 18. | C2.04 | ROADWAY CROSS-SECTIONS PLAN |
| 19. | C2.05 | POLLUTION PREVENTION PLAN |
| 20. | C2.06 | POLLUTION PREVENTION PLAN |
| 21. | C2.07 | POLLUTION PREVENTION DETAILS |
| 22. | C5.01 | SIGN AND PAVEMENT MARKING PLAN |
| 23. | C5.02 | SIGN AND PAVEMENT MARKING PLAN |
| 24. | C5.03 | SIGN AND PAVEMENT MARKING PLAN |
| 25. | C6.01 | WATER & SEWER PLAN |
| 26. | C6.02 | WATER & SEWER PLAN |
| 27. | C6.03 | WATER & SEWER PLAN |
| 28. | C6.04 | WATER MAIN PROFILE PLAN |
| 29. | C6.05 | SEWER MAIN PROFILE PLAN |
| 30. | C7.01 | PAVING, GRADING, DRAINAGE DETAILS |
| 31. | C7.02 | SIGN AND PAVEMENT MARKING DETAILS |

<u>Landscape</u>

| | | |
|---|---|---|
| 32. | L1.01 | TREE REMOVAL PLAN - WEST |
| 33. | L1.02 | TREE REMOVAL PLAN - EAST |
| 34. | L2.01 | PARTIAL LANDSCAPE PLAN - WEST |
| 35. | L2.02 | PARTIAL LANDSCAPE PLAN - EAST |
| 36. | L2.03 | PLANTING DETAILS |
| 37. | L3.01 | PARTAIL IRRIGATION PLAN - WEST |
| 38. | L3.02 | PARTIAL IRRIGATION PLAN - EAST |
| 39. | L3.03 | IRRIGATION DETAILS AND NOTES |
| 40. | L4.01 | LANDSCAPE SITE MATERIAL PLAN - WEST |
| 41. | L4.02 | LANDSCAPE SITE MATERIAL PLAN - EAST |
| 42. | L4.03 | LANDSCAPE SITE DETAILS AND NOTES |

Construction of Affordable Housing and
Home Ownership in District 11 - Gran Via Apartments
ISD Contract No. Z000107

00004 List of Drawings - Page 1 of 6
Prepared by CAS/DCSD
Revised 10/1/11

Life Safety

| | | |
|---|---|---|
| 43. | LS1.1.100 | LIFE SAFETY SITE PLAN |
| 44. | LS1.1.200 | LIFE SAFETY FLOOR PLAN |

Architecture

| | | |
|---|---|---|
| 45. | A1.1.101 | SITE PLAN |
| 46. | A1.1.102 | GEOMETRY PLAN |
| 47. | A1.1.103 | ENLARGED SITE PLAN 1 |
| 48. | A1.1.104 | ENLARGED SITE PLAN 2 |
| 49. | A1.1.105 | ENLARGED SITE PLAN 3 |
| 50. | A1.1.106 | ENLARGED SITE PLAN 4 |
| 51. | A1.2.101 | SITE GENERAL DETAILS |
| 52. | A1.2.102 | SITE GENERAL DETAILS |
| 53. | A1.2.103 | MONUMENTAL AND WALL SIGNS |
| 54. | A1.2.104 | GREEN WALL SECTIONS |
| 55. | A2.1.101 | FIRST FLOOR PLAN |
| 56. | A2.1.201 | SECOND FLOOR PLAN |
| 57. | A2.1.301 | THIRD FLOOR PLAN |
| 58. | A2.1.401 | FOURTH FLOOR PLAN |
| 59. | A2.1.501 | FIFTH FLOOR PLAN |
| 60. | A2.1.601 | ROOF PLAN |
| 61. | A2.2.101 | FIRST FLOOR REFLECTED CEILING PLAN |
| 62. | A2.2.201 | TYP. FLOOR REFLECTED CEILING PLAN 2ND, 3RD, 4TH AND 5TH |
| 63. | A2.3.101 | FIRST FLOOR COMMUNITY ROOM |
| 64. | A2.3.102 | FIRST FLOOR OFFICE SPACE A |
| 65. | A2.3.103 | FIRST FLOOR OFFICE SPACE B |
| 66. | A2.3.104 | FIRST FLOOR SERVICE AREAS |
| 67. | A2.4.201 | 2ND FLOOR PLAN NW UNITS A-B |
| 68. | A2.4.202 | 2nd FLOOR PLAN NE UNITS A-B-C |
| 69. | A2.4.203 | 2ND FLOOR PLAN SE UNITS A-B |
| 70. | A2.4.204 | 2nd FLOOR PLAN S UNIT C AND SERVICE AREA |
| 71. | A2.4.205 | 2nd FLOOR PLAN SW UNITS C-D |
| 72. | A2.5.301 | 3rd, 4th AND 5th FLOOR PLAN NW UNITS A-B |
| 73. | A2.5.302 | 3rd, 4th AND 5th FLOOR PLAN NE UNITS A-B-C |
| 74. | A2.5.303 | 3rd, 4th AND 5th FLOOR PLAN SE UNITS A-B |
| 75. | A2.5.304 | 3rd, 4th AND 5th FLOOR PLAN S UNIT C AND SERVICE AREA |
| 76. | A2.5.305 | 3rd, 4th AND 5th FLOOR PLAN SW UNITS C-D |
| 77. | A2.6.101 | FIRST FLOOR RCP COMMUNITY ROOM |
| 78. | A2.6.102 | FIRST FLOOR RCP OFFICE SPACE A |
| 79. | A2.6.103 | FIRST FLOOR RCP OFFICE SPACE B |
| 80. | A2.6.104 | FIRST FLOOR RCP SERVICE AREAS |
| 81. | A2.7.201 | 2nd, 3rd, 4th AND 5th RCP NW UNITS A-B |
| 82. | A2.7.202 | 2nd, 3rd, 4th AND 5th RCP NE UNITS A-B-C |
| 83. | A2.7.203 | 2nd, 3rd, 4th AND 5th RCP SE UNITS A-B |
| 84. | A2.7.204 | 2nd, 3rd, 4th AND 5th RCP S UNITS C AND SERVICE AREA |
| 85. | A2.7.205 | 2nd, 3rd, 4th AND 5th RCP SW UNITS C-D |
| 86. | A3.1.101 | ELEVATIONS |
| 87. | A4.1.101 | BUILDING SECTIONS |
| 88. | A4.1.102 | BUILDING SECTIONS |
| 89. | A5.1.101 | WALL SECTIONS |
| 90. | A5.1.102 | WALL SECTIONS |
| 91. | A5.1.103 | WALL SECTIONS |

Construction of Affordable Housing and
Home Ownership in District 11 - Gran Via Apartments
ISD Contract No. Z000107

00004 List of Drawings - Page 2 of 6
Prepared by CAS/DCSD
Revised 10/1/11

| 92. | A5.1.104 | WALL SECTIONS |
| 93. | A5.1.105 | WALL SECTIONS |
| 94. | A5.1.106 | WALL SECTIONS |
| 95. | A6.1.101 | STAIR # 1 PLAN & SECTION |
| 96. | A6.1.102 | STAIR # 2 PLAN & SECTION |
| 97. | A6.1.103 | STAIR # 3 PLAN & SECTION |
| 98. | A6.1.104 | STAIR DETAILS |
| 99. | A6.2.101 | ELEVATOR # 1 PLAN & SECTION |
| 100. | A6.2.102 | ELEVATOR # 2 PLAN & SECTION |
| 101. | A6.2.103 | ELEVATOR # 3 PLAN & SECTION |
| 102. | A6.3.101 | TRASH CHUTE PLAN & SECTION |
| 103. | A7.1.101 | OFFICE SPACE 'A' ENLARGED RESTROOMS |
| 104. | A7.1.102 | OFFICE SPACE 'B' AND COMMUNITY ROOM ENLARGED RESTROOMS |
| 105. | A7.1.103 | COMMUNITY ROOM ENLARGED KITCHENETTE, MAILBOXES PLAN & SECTION |
| 106. | A7.1.201 | ENLARGED BATHROOMS UNITS A-B |
| 107. | A7.1.202 | ENLARGED BATHROOMS UNITS C-D |
| 108. | A7.1.203 | 3RD, 4TH & 5TH TYPICAL KITCHEN UNITS A-B-C-D |
| 109. | A8.1.101 | ROOF DETAILS |
| 110. | A8.1.102 | DETAILS |
| 111. | A8.1.103 | DETAILS |
| 112. | A8.2.101 | DOOR DETAILS |
| 113. | A8.3.101 | PARTITION AND WALL DETAILS |
| 114. | A8.3.102 | PARTITION AND WALL DETAILS |
| 115. | A8.3.103 | MISC. DETAILS |
| 116. | A9.1.101 | DOOR SCHEDULE TYPES & NOTES |
| 117. | A9.2.101 | STOREFRONT, WINDOWS & LOUVERS TYPE ELEVATIONS |

Interior Design

| 118. | ID2.01 | FINISH PLAN 1st FLOOR |
| 119. | ID2.02 | FINISH PLAN 2nd FLOOR |
| 120. | ID2.03 | FINISH PLAN APARTMENT UNITS 2 A-B-C |
| 121. | ID3.01 | FURNITURE PLAN 1ST FLOOR |

Structural

| 122. | S0.0.001 | GENERAL NOTES |
| 123. | S0.0.002 | GENERAL NOTES |
| 124. | S0.0.003 | GENERAL NOTES |
| 125. | S0.0.004 | GENERAL NOTES |
| 126. | S1.0.000 | OVERALL FOUNDATION PLAN |
| 127. | S1.0.001 | PARTIAL FOUNDATION PLAN A |
| 128. | S1.0.002 | PARTIAL FOUNDATION PLAN B |
| 129. | S1.0.003 | PARTIAL FOUNDATION PLAN C |
| 130. | S1.0.010 | TYPICAL DETAILS |
| 131. | S1.0.011 | SCHEDULES AND DETAILS |
| 132. | S1.0.012 | SCHEDULES AND DETAILS |
| 133. | S1.0.020 | PARTIAL FOUNDATION PLANS |
| 134. | S1.0.021 | PARTIAL FOUNDATION PLANS |
| 135. | S1.0.022 | PARTIAL FOUNDATION PLANS |
| 136. | S1.0.023 | PARTIAL FOUNDATION PLANS |
| 137. | S2.0.001 | COLUMN SCHEDULES AND DETAILS |
| 138. | S2.0.002 | SECTIONS AND TYPICAL DETAILS |

Construction of Affordable Housing and
Home Ownership in District 11 - Gran Via Apartments
ISD Contract No. Z000107

00004 List of Drawings - Page 3 of 6
Prepared by CAS/DCSD
Revised 10/1/11

| 139. | S2.2.021 | SHEARWALL PARTIAL PLAN VIEWS |
|---|---|---|
| 140. | S2.2.022 | SHEARWALL PARTIAL PLAN VIEWS |
| 141. | S2.2.023 | SHEARWALL PARTIAL PLAN VIEWS |
| 142. | S2.2.024 | SHEARWALL PARTIAL PLAN VIEWS |
| 143. | S2.2.025 | SHEARWALL PARTIAL PLAN VIEWS |
| 144. | S2.2.026 | SHEARWALL PARTIAL PLAN VIEWS |
| 145. | S2.2.027 | ELEVATIONS |
| 146. | S3.1.100 | OVERALL FIRST FLOOR PLAN |
| 147. | S3.1.101 | PARTIAL FIRST FLOOR PLAN A |
| 148. | S3.1.102 | PARTIAL FIRST FLOOR PLAN B |
| 149. | S3.1.103 | PARTIAL FIRST FLOOR PLAN C |
| 150. | S3.2.200 | OVERALL SECOND FLOOR PLAN |
| 151. | S3.2.201 | PARTIAL SECOND FLOOR PLAN A |
| 152. | S3.2.202 | PARTIAL SECOND FLOOR PLAN B |
| 153. | S3.2.203 | PARTIAL SECOND FLOOR PLAN C |
| 154. | S3.3.300 | OVERALL THIRD FLOOR PLAN |
| 155. | S3.3.301 | PARTIAL THIRD FLOOR PLAN A |
| 156. | S3.3.302 | PARTIAL THIRD FLOOR PLAN B |
| 157. | S3.3.303 | PARTIAL THIRD FLOOR PLAN C |
| 158. | S3.4.400 | OVERALL FOURTH FLOOR PLAN |
| 159. | S3.4.401 | PARTIAL FOURTH FLOOR PLAN A |
| 160. | S3.4.402 | PARTIAL FOURTH FLOOR PLAN B |
| 161. | S3.4.403 | PARTIAL FOURTH FLOOR PLAN C |
| 162. | S3.5.500 | OVERALL FIFTH FLOOR PLAN |
| 163. | S3.5.501 | PARTIAL FIFTH FLOOR PLAN A |
| 164. | S3.5.502 | PARTIAL FIFTH FLOOR PLAN B |
| 165. | S3.5.503 | PARTIAL FIFTH FLOOR PLAN C |
| 166. | S3.6.600 | OVERALL ROOF PLAN |
| 167. | S3.6.601 | PARTIAL ROOF PLAN A |
| 168. | S3.6.602 | PARTIAL ROOF PLAN B |
| 169. | S3.6.603 | PARTIAL ROOF PLAN C |
| 170. | S3.7.001 | HIGH ROOF PLAN |
| 171. | S4.0.001 | SCHEDULES AND DETAILS |
| 172. | S4.0.002 | STRUCTURAL DETAILS |
| 173. | S4.0.003 | TYPICAL DETAILS |
| 174. | S4.0.004 | SCHEDULES AND DETAILS |
| 175. | S4.0.005 | TYPICAL DETAILS |
| 176. | S4.0.006 | TYPICAL DETAILS |
| 177. | S4.0.007 | TYPICAL DETAILS |
| 178. | S5.0.001 | TYPICAL MASONRY DETAILS |

<u>Mechanical</u>

| 179. | M0.01 | HVAC NOTES |
|---|---|---|
| 180. | M0.02 | HVAC SCHEDULES |
| 181. | M0.03 | HVAC SCHEDULES |
| 182. | M2.01 | PARTIAL FIRST FLOOR HVAC PLAN A |
| 183. | M2.02 | PARTIAL FIRST FLOOR HVAC PLAN B |
| 184. | M2.03 | PARTIAL SECOND FLOOR HVAC PLAN A |
| 185. | M2.04 | PARTIAL SECOND FLOOR HVAC PLAN B |
| 186. | M2.05 | PARTIAL TYPICAL (3rd THRU 5th ) FLOOR HVAC PLAN A |
| 187. | M2.06 | PARTIAL TYPICAL (3rd THRU 5th ) FLOOR HVAC PLAN B |
| 188. | M2.07 | PARTIAL ROOF HVAC PLAN A |
| 189. | M2.08 | PARTIAL ROOF HVAC PLAN B |
| 190. | M2.09 | PARTIAL FIRST FLOOR HVAC PLAN |

Construction of Affordable Housing and
Home Ownership in District 11 - Gran Via Apartments
ISD Contract No. Z000107

00004 List of Drawings - Page 4 of 6
Prepared by CAS/DCSD
Revised 10/1/11

| 191. | M2.10 | PARTIAL FIRST FLOOR HVAC PLAN |
|------|-------|-------------------------------|
| 192. | M2.11 | ELECTRICAL ROOM, JANITOR ROOM, LAUNDRY ROOM HVAC PLAN |
| 193. | M2.12 | APARTMENTS HVAC FLOOR PLAN |
| 194. | M2.13 | GENERATOR ROOM HVAC AND HVAC RISERS |
| 195. | M5.01 | HVAC CONTROL |
| 196. | M6.01 | HVAC DETAILS |
| 197. | M6.02 | HVAC DETAILS |
| 198. | M6.03 | HVAC DETAILS |
| 199. | M6.04 | HVAC DETAILS |

Plumbing

| 200. | P0.01 | PLUMBING FIXTURES, SCHEDULES AND NOTES |
|------|-------|----------------------------------------|
| 201. | P0.02 | PLUMBING FIXTURES, SCHEDULES AND LEGEND |
| 202. | P1.01 | SITE PLUMBING PLAN |
| 203. | P2.01 | PARTIAL FIRST FLOOR PLUMBING PLAN A (SANITARY & WATER ONLY) |
| 204. | P2.02 | PARTIAL FIRST FLOOR PLUMBING PLAN B (SANITARY & WATER ONLY) |
| 205. | P2.03 | PARTIAL 1ST FLR. PLUMB. PLAN A (STORM & CONDENSATE DRAIN ONLY) |
| 206. | P2.04 | PARTIAL 1ST FLR. PLUMB. PLAN B (STORM & CONDENSATE DRAIN ONLY) |
| 207. | P2.05 | PARTIAL SECOND FLOOR PLUMBING A |
| 208. | P2.06 | PARTIAL SECOND FLOOR PLUMBING B |
| 209. | P2.07 | PARTIAL TYPICAL (3rd THRU 5th) FLOOR PLAN A |
| 210. | P2.08 | PARTIAL TYPICAL (3rd THRU 5th) FLOOR PLAN B |
| 211. | P2.09 | PARTIAL ROOF PLUMBING PLAN A |
| 212. | P2.10 | PARTIAL ROOF PLUMBING PLAN B |
| 213. | P2.11 | APARTMENTS PLUMBING FLOOR PLAN |
| 214. | P2.12 | APARTMENTS PLUMBING FLOOR PLAN |
| 215. | P2.13 | PARTIAL FIRST FLOOR SANITARY PLAN |
| 216. | P2.14 | PARTIAL FIRST FLOOR WATER SUPPLY PLAN |
| 217. | P2.15 | PARTIAL FIRST FLOOR SANITARY PLAN |
| 218. | P2.16 | PARTIAL FIRST FLOOR WATER SUPPLY PLAN |
| 219. | P2.17 | TYPICAL FLOOR LAUNDRY AREA PLUMBING PLAN |
| 220. | P3.01 | VERTICAL SANITARY RISERS |
| 221. | P3.02 | VERTICAL WATER SUPPLY RISERS |
| 222. | P3.03 | PARTIAL HORIZONTAL SANITARY RISER |
| 223. | P3.04 | PARTIAL HORIZONTAL SANITARY RISER |
| 224. | P3.05 | PARTIAL HORIZONTAL WATER SUPPLY RISER |
| 225. | P3.06 | PARTIAL HORIZONTAL WATER SUPPLY RISER |
| 226. | P3.07 | PARTIAL STORM RISER |
| 227. | P3.08 | PARTIAL STORM RISER |
| 228. | P3.09 | PARTIAL STORM RISER |
| 229. | P5.01 | PLUMBING DETAILS |
| 230. | P5.02 | PLUMBING DETAILS |
| 231. | P5.03 | GENRATOR FUEL PUMP FUELING SYSTEM DETAIL |

Electrical

| 232. | E0.01 | ELECTRICAL NOTES, LEGEND AND ABBREVIATIONS |
|------|-------|--------------------------------------------|
| 233. | E1.01 | ELECTRICAL SITE PLAN |
| 234. | E1.02 | PHOTOMETRIC SITE PLAN |
| 235. | E2.01 | PARTIAL ELECTRICAL FIRST FLOOR PLAN A |

Construction of Affordable Housing and
Home Ownership in District 11 - Gran Via Apartments
ISD Contract No. Z000107

00004 List of Drawings - Page 5 of 6
Prepared by CAS/DCSD
Revised 10/1/11

| 236. | E2.02 | PARTIAL ELECTRICAL FIRST FLOOR PLAN B |
| 237. | E2.03 | PARTIAL ELECTRICAL TYPICAL FLOOR PLAN A |
| 238. | E2.03A | PARTIAL ELECTRICAL CONDUIT PLAN A |
| 239. | E2.03B | PARTIAL TELE. & DATA CONDUIT PLAN A |
| 240. | E2.04 | PARTIAL ELECTRICAL TYPICAL FLOOR PLAN B |
| 241. | E2.04A | PARTIAL ELECTRICAL CONDUIT PLAN B |
| 242. | E2.04B | PARTIAL TELE. & DATA CONDUIT PLAN B |
| 243. | E2.05 | PARTIAL ELECTRICAL ROOF PLAN A |
| 244. | E2.06 | PARTIAL ELECTRICAL ROOF PLAN B |
| 245. | E3.01 | APARTMENT UNIT ELECTRICAL PLAN |
| 246. | E4.01 | MAIN ELECTRICAL AND GENERATOR ROOM LAYOUT |
| 247. | E4.02 | TYPICAL METER ROOM AND PUMP ROOM LAYOUT |
| 248. | E4.03 | TYPICAL LAUNDRY AND UTILITY ROOM ELECTRICAL LAYOUT |
| 249. | E5.01 | ELETRICAL RISER DIAGRAM |
| 250. | E5.02 | DWELLING UNIT RISER DIAGRAM |
| 251. | E5.03 | TELEPHONE/DATA RISER DIAGRAM |
| 252. | E5.04 | CATV RISER DIAGRAM |
| 253. | E6.01 | DWELLING UNIT PANEL SCHEDULE |
| 254. | E6.02 | PANEL SCHEDULES |
| 255. | E6.03 | PANEL SCHEDULES |
| 256. | E6.04 | LIGHTING FIXTURE SCHEDULE |
| 257. | E7.01 | FIRE ALARM GENERAL NOTES |
| 258. | E7.02 | FIRE ALARM LEGEND AND ABBREVIATIONS |
| 259. | E7.03 | PARTIAL FIRE ALARM FIRST FLOOR PLAN A |
| 260. | E7.04 | PARTIAL FIRE ALARM FIRST FLOOR PLAN B |
| 261. | E7.05 | PARTIAL TYPICAL FIRE ALARM FLOOR PLAN A |
| 262. | E7.06 | PARTIAL TYPICAL FIRE ALARM FLOOR PLAN B |
| 263. | E7.07 | PARTIAL FIRE ALARM ROOF PLAN A |
| 264. | E7.08 | PARTIAL FIRE ALARM ROOF PLAN B |
| 265. | E7.09 | FIRE ALARM RISER |
| 266. | E7.10 | FIRE ALARM RISER |
| 267. | E7.11 | FIRE ALARM RISER |
| 268. | E7.12 | FIRE ALARM RISER |
| 269. | E7.13 | FIRE ALARM RISER |
| 270. | E8.01 | LIGHTNING PROTECTION DETAILS AND NOTES |
| 271. | E8.02 | LIGHTNING PROTECTION PLAN |
| 272. | E9.01 | SECURITY NOTES AND LEGEND |
| 273. | E9.02 | SECURITY PLAN |

Fire Protection

| 274. | FP1.1 | PARTIAL FIRST FLOOR FIRE PROTECTION PLAN A |
| 275. | FP1.2 | PARTIAL FIRST FLOOR FIRE PROTECTION PLAN B |
| 276. | FP2.1 | PARTIAL SECOND FLOOR FIRE PROTECTION PLAN A |
| 277. | FP2.2 | PARTIAL SECOND FLOOR FIRE PROTECTION PLAN B |
| 278. | FP3.1 | PARTIAL TYPICAL FLOOR FIRE PROTECTION PLAN A |
| 279. | FP3.2 | PARTIAL TYPICAL FLOOR FIRE PROTECTION PLAN B |
| 280. | FP4.0 | APTS. FIRE PROTECTION PLAN, SCHEDULES, NOTES & DETAILS |

**END OF SECTION 00004**

Construction of Affordable Housing and
Home Ownership in District 11 - Gran Via Apartments
ISD Contract No. Z000107

00004 List of Drawings - Page 6 of 6
Prepared by CAS/DCSD
Revised 10/1/11

# ADVERTISEMENT FOR BIDS
# MIAMI-DADE COUNTY, FLORIDA
# INTERNAL SERVICES DEPARTMENT (ISD)

Sealed bids for furnishing all labor, materials and equipment for the following project will be received in the Office of the Clerk of the Board of County Commissioners, Stephen P. Clark Center, 111 N.W. 1st Street, 17th Floor, Suite 17-202, Miami, FL **until 2:00 PM, local time, on Friday, December 16, 2011.** All bids received prior to the stipulated time will then be transferred to the 18th Floor, where envelopes will be publicly opened and prices will be read aloud on the above bid due date, shortly after 2:00 PM, local time, at the Stephen P. Clark Center, 111 N.W. 1st Street, 18th Floor, Conference Room 18-3, Miami, FL.

| | |
|---|---|
| PROJECT NAME: | **CONSTRUCTION OF AFFORDABLE HOUSING AND HOME OWNERSHIP IN DISTRICT 11 - GRAN VIA APARTMENTS** |
| PROJECT NUMBER: | ISD No. Z000107 GOB ESP |
| CONTRACT NUMBER: | ISD No. Z000107 |
| LOCATION: | SW 127th Avenue and SW 8th Street, Miami, FL 33184 |

DESCRIPTION: This new project consists of a multi-story affordable residential and retail building designed by ISD staff. The residential component consists of 104 units, comprised of 12 one-bedroom units of 717 sq. ft., 12 studio units of 395 sq. ft., and 80 one-bedroom units of 650 sq. ft. The common areas of the building will include a community room with kitchenette and ADA compliant restrooms of approximately 1,467 sq. ft., a building manager's office, a bicycle storage room, various waiting/pick-up areas, and covered parking for all residents with controlled gate access; all floors are equipped with laundry rooms and storage areas. Utility areas include a generator room, fire pump room, telecommunications room, and trash and recycling room, as well as a chute system. The building is equipped with two (2) passenger elevators and one (1) service elevator; in addition, the building will include approximately 3,400 sq. ft. of retail/office space, an outdoor landscaped plaza, and park and ride component. Gran Via Apartments is an affordable housing project which is designed to achieve a minimum of "Silver" rating under the Leadership in Energy and Environmental Design (LEED) certification. Management and operation of the facility will be contracted out as the project nears completion.

BASE ESTIMATE: **$7,748,918.00\***

(*) This Base Estimate includes 0.25% to account for fees related to the Office of the Inspector General, pursuant to Section 2-1076 of the Code of Miami-Dade County.

RESPONSIBILITY REQUIREMENTS: ISD requires that the selected General Contractor must 1) demonstrate having built one (1) affordable housing facility of similar size and complexity within the past ten (10) years; and 2) must be a LEED®AP or have a LEED®AP Consultant on staff during the entire construction phase, who can demonstrate having participated in the construction of at least one (1) completed, Silver LEED-certified facility, or one (1) facility under construction, which is registered with the United States Green Building Council (USGBC) to pursue Silver LEED Certification. In addition, bidders are encouraged to include in their bid submissions general information regarding their companies' management and operations, financial resources, bonding capacity, payment of subcontractors, and a history of commenced and completed projects in order to support said requirements. Any and all documentation submitted to support these requirements will be subject to verification by County staff.

Construction of Affordable Housing and
Home Ownership in District 11 - Gran Via Apartments
ISD Contract No. Z000107

00020 Advertisement - Page 1 of 4
Prepared by CAS/DCSD
Revised 10/1/11

BID DOCUMENTS AVAILABILITY: Commencing on Wednesday 16, 2011 at 9:00 AM, digital copies of the bid documents will be available for purchase at the ISD Trade Shops, 3501 NW 46th Street, Miami, FL 33142, upon payment of a non-refundable fee of Fifty Dollars ($50.00) for the first copy and Twenty-Five Dollars ($25.00) for each copy thereafter.  Upon request, hard-copy sets of these documents will be available at a non-refundable fee of One-Hundred and Fifty Dollars ($150.00) per set of documents. Bidders are advised that only bids from contractors who have purchased the bid documents through GSA will be considered.  Please contact Ms. Lillian D. Garcia, Capital Projects Coordinator, ISD, via e-mail at garciad@miamidade.gov for more details.

PRE-BID CONFERENCE:  A Pre-Bid Conference to allow prospective contractors to avail themselves of the particulars of this contract will be held at the Stephen P. Clark Center, 111 N.W. 1st Street, Miami, FL 33128, 18th Floor, **Conference Room 18-3, commencing at 10:00 AM on Tuesday, November 22, 2011;** a site visit may be scheduled upon request.  While attendance is not mandatory, bidders are encouraged to attend both the pre-bid meeting and site visit.

REQUESTS FOR INFORMATION (RFI): The Contractor may submit a Request for Information (RFI) where the Contractor believes that the specifications or drawings are unclear or present a conflict.  All requests must be submitted in writing to Ms. Lillian D. Garcia, Capital Projects Coordinator, ISD, via e-mail at garciad@miamidade.gov, in a manner that clearly identifies the drawing and/or specification Section where clarification or interpretation is being requested; the County may respond in writing.

CONTRACTORS' CERTIFICATION: Prospective Contractors are required to be certified by Miami-Dade County in ONE of the following categories: General Building, General Engineering, or other certified categories as applicable to Chapter 10 of the Code of Miami-Dade County, and/or State of Florida General Contractor's License.

CONTRACT MEASURES: In accordance with County Ordinance Nos. 97-52, 97-158, and 03-1, and Administrative Order Nos. 3-22 and 3-37, a Community Small Business Enterprise (CSBE) subcontractor goal of 24.00% has been established; Community Workforce Program (CWP) measures are not applicable. Compliance with these Ordinances and Administrative Orders is required for all contractors submitting a bid for this project; see "Participation Provisions" which are bound herein, and are made part of the Specifications and Contract Documents.

BIDS SUBMITTAL: Prospective Contractors will submit two (2) sealed envelopes.  Envelope No. 1 will contain the complete bid package including pricing, and will be opened and prices read aloud shortly after the reception of bids is closed.  Envelope No. 2 will contain the Schedule of Intent Affidavit (SOIA) and the Vendor Affirmation Affidavit (in case the latter has never been submitted to the County).  Each sealed envelope or container shall bear on the outside the envelope number (1 and 2), the Bidder's name, his/her address, the title and number of the project for which the bid is submitted, and the date of bid opening.  Both envelopes are due at the time and date of bid submission as stated in the advertisement.  Bids will not be opened or considered if received after the first bid envelope or container has been opened.  At the very minimum, Envelope No. 2 containing the SOIA submitted by the three (3) lowest bidders will be sent to the Division of Small Business Development (SBD) shortly after prices are read.  Should any of the SOIA be defective (see included Participation Provisions), prospective Contractors may be given forty-eight (48) hours to rectify any correctable errors.

BID BOND/PAYMENT AND PERFORMANCE BOND:  Bids must also be accompanied by a certified check or acceptable bid bond in an amount not less than five percent (5%) of the Base Bid.  The Bid Bond will guarantee that the Bidder, if awarded the contract, will enter into a written contract with the Board of County Commissioners of Miami-Dade County, Florida within ten (10) business days after receiving a formal Notice of Recommendation for Award.  In addition, the successful Bidder shall give a payment and performance bond satisfactory to the County, and as provided in the terms and conditions of the Contract Documents.

WITHDRAWAL OF BIDS: Bidders may not withdraw their bids for a period of up to one hundred eighty (180) calendar days after the bid opening.

Construction of Affordable Housing and                                                    00020 Advertisement - Page 2 of 4
Home Ownership in District 11 - Gran Via Apartments                                         Prepared by CAS/DCSD
ISD Contract No. Z000107                                                                    Revised 10/1/11

CONE OF SILENCE: Pursuant to Section 2-11.1(t) of the Miami-Dade County Code, as amended, and County Administrative Order 3-27, a "cone of silence" is imposed upon each RFP, RFQ or Bid after its advertisement and terminates at the time the County Manager issues a written recommendation to the Board on County Commissioners.  The Cone of Silence prohibits any communication regarding RFPs, RFQs or bids between, among others:

a.   Potential vendors, service providers, lobbyists or consultants and the County's professional staff including, but not limited to, the County Manager and the County Manager's staff, the Mayor, County Commissioners or their respective staffs;
b.   The Mayor, County Commissioners or their respective staffs and the County's professional staff including, but not limited to, the County Manager the County Manager's staff;
c.   Potential vendors, service providers, bidders, lobbyists or consultants, any member of the County's professional staff, the Mayor, County Commissioners or their respective staffs and any member of the respective Selection Committee.

The provisions do not apply to, among other communications:

a.   Oral communications with the staff of the Vendor Information Center, the responsible Procurement Agent or Contracting Officer, provided the communication is limited strictly to matters or process or procedure already contained in the solicitation document;
b.   Oral communications at the proposal or pre-bid conferences, oral presentations before selection committees, contract negotiation during any duly noticed public meeting, public presentations made to the Board of County Commissioners during any duly noticed public meeting or Board of County Commissioners unless specifically prohibited by the applicable RFP, RFQ or bid documents.

Prospective Contractors must file a copy of any written communications with the Clerk of the Board, which shall be made available to any person upon request.  The County shall respond in writing and file a copy with the Clerk of the Board, which shall be made available to any person upon request.  Written communications may be in the form of e-mail, with a copy to the Clerk of the Board at CLERKBCC@miamidade.gov.

In addition to any penalties provided by law, a violation of the Cone of Silence by any proposer or bidder shall render any RFP award, RFQ award or bid award voidable.  Any person having personal knowledge of the violation of these provisions shall report such violation to the State Attorney's Office and/or may file a complaint with the Commission on Ethics.  Proposers or Bidders should refer to Section 2-11.1(t) of the Miami-Dade County Code for further clarification.  This language is only a summary of the key provisions of the Cone of Silence.  Please review Miami-Dade County Administrative Order 3-27 for a complete and thorough description of the Cone of Silence.

OTHER APPLICABLE LEGISLATION: Legislation applicable to this Contract includes but is not limited to Ordinance No. 91-142, Family Leave Ordinance; Ordinance No. 92-15, Drug-Free Workplace; Ordinance No. 93-129, Contractor Debarment Ordinance; Ordinances Nos. 94-166 and 96-26 on Local Preference applicability; Ordinance Nos. 97-35 and 97-104 Fair Subcontracting Practices; Resolution No. R-702-98 (repeals and supersedes Resolution Nos. R-1206-97 and R-366-97) Welfare to Work Initiative; and Ordinance No. 98-30, County Contractors Employment and Procurement Practices, as referenced for these Contract Documents.  It is the responsibility of the Bidders to inform themselves as to any and all legislation applicable to this Contract.  In order to request a copy of any ordinance, resolution and/or administrative order cited in this Bid Solicitation, the Bidder must contact the Clerk of the Board at (305) 375-5126.

The County reserves the right to waive any informality in, or to reject any or all bids.  Bids from any person, firm or corporation in default upon any agreement with the County will be rejected.

**ALINA T. HUDAK, DEPUTY MAYOR/COUNTY MANAGER**
**MIAMI-DADE COUNTY**

**HARVEY RUVIN, CLERK**
**BOARD OF COUNTY COMMISSIONERS**

Construction of Affordable Housing and                                                         00020 Advertisement - Page 3 of 4
Home Ownership in District 11 - Gran Via Apartments                                        Prepared by CAS/DCSD
ISD Contract No. Z000107                                                                                   Revised 10/1/11

**THIS PAGE INTENTIONALLY LEFT BLANK**

Construction of Affordable Housing and
Home Ownership in District 11 - Gran Via Apartments
ISD Contract No. Z000107

00020 Advertisement - Page 4 of 4
Prepared by CAS/DCSD
Revised 10/1/11

# CONSTRUCTION OF AFFORDABLE HOUSING AND
# HOME OWNERSHIP IN DISTRICT 11 - GRAN VIA APARTMENTS
# ISD CONTRACT NO. Z000107

## DIVISION 0 – GENERAL DOCUMENTS
## SECTION 00100 – INSTRUCTIONS TO PROSPECTIVE CONTRACTOR

Article and Title                                                                                     Page

1.   DEFINITIONS ...................................................................................................   2

2.   SCOPE OF THE PROJECT ...........................................................................   5

3.   INTERPRETATION OF CONTRACT DOCUMENTS .........................................   5

4.   RESPONSIBILITY OF PROSPECTIVE CONTRACTORS REGARDING
     CONDITIONS OF THE PROJECT ...................................................................   6

5.   PRE-BID CONFERENCE ................................................................................   6

6.   SIGNATURE OF CONTRACTOR......................................................................   6

7.   UTILITY CONNECTION FEES NOT INCLUDED (SECTION 10-36 OF THE
     CODE OF MIAMI-DADE COUNTY).................................................................   7

8.   QUANTITIES IN PROPOSAL APPROXIMATE ONLY.......................................   8

9.   FLORIDA STATE SALES TAX ........................................................................   8

10.  DISQUALIFICATION OF CONTRACTORS.......................................................   8

11.  BID BOND     .................................................................................................   8

12.  WITHDRAWAL OF SUBMITTAL PACKAGE ...................................................   9

13.  COUNTY RIGHT TO ACCEPT, REJECT, AND CANCEL BIDS .........................   9

14.  AWARD OF CONTRACT .................................................................................   10

15.  EXECUTION OF CONTRACT .........................................................................   10

16.  REQUIRED CONTRACTORS' CERTIFICATION ...............................................   10

17.  SECURITY: PLANS / CONSTRUCTION DOCUMENTS .....................................   11

18.  AUDIT RIGHTS BY AUDIT AND MANAGEMENT SERVICES & BCC AUDITOR.................   11

Construction of Affordable Housing and                     00100 Instructions to Prospective Contractor - Page 1 of 12
Home Ownership in District 11 - Gran Via Apartments                                  Prepared by CAS/DCSD
ISD Contract No. Z000107                                                                         Revised 10/1/11

# 1. DEFINITIONS

A. When used in the Contract Documents (hereinafter defined):

1. The masculine pronoun shall include the feminine and neutral, and the singular shall include the plural;

2. "and" shall also mean "or" and "or" shall also mean "and", wherever the context or purpose so requires;

3. "Architect/Engineer of Record", "A/E", and/or "Architect/Engineer" shall mean the representative associated with the design that will make determinations regarding request for information, shop drawing review, interpretation of documents, value engineering, value analysis, change order request, pre-inspection review, final acceptance of components, substantial completion and overall completion.

4. "Base Bid", "Base Proposal Items" shall mean the total of all proposal items for which the respondent has submitted pricing and is not inclusive of the Contingency Allowance(s) or the Dedicated Allowance(s), if any.

5. "Bidder" means "Respondent".

6. "Bid Package" means "Contract Offering"

7. "Board of County Commissioners", "Chairman, Board of County Commissioners": whenever these words or other similar statements appear in these contract documents in reference to the execution of any documents as part of this Contract, it shall mean "The County Mayor, or the County Mayor's designee, shall execute all documents related to this Contract on behalf of the Miami-Dade County Board of County Commissioners." As an exception to the above, Performance and Payment Bonds shall still be written in the name of Miami-Dade County, Florida, acting by and through the Miami-Dade County Board of County Commissioners.

8. "Change Order" shall mean an amendment to the Contract Documents which requires the signature of the Contractor and approval of the Board of County Commissioners

9. "Code" means "Miami-Dade County Code of Ordinances"

10. "Commission" or "County Commissioners" shall mean the Board of County Commissioners of Miami-Dade County, Florida, and their successors in office.

11. "Construction Manager" shall mean the authorized representative of the Owner who shall make determinations regarding conflict or claim. The Construction Manager may assign a designee as his representative.

12. "Contingency Allowance" shall mean an account that establishes a specific amount of time and/or money to be used to perform unknown or unanticipated work, as directed by the A/E, which is necessary to satisfactorily complete the project to its full capacity, functional ability, and compliance with all safety and health requirements. Any time or money within the Contingency Allowance account not directly authorized for use by the A/E remains with the County.

13. "Contract Coordinator" shall mean the staff of the Internal Services Department's Contracts Administration Section in charge of monitoring the bidding and award process until the Contractor is selected and a Notice to Proceed, issued.

Construction of Affordable Housing and
Home Ownership in District 11 - Gran Via Apartments
ISD Contract No. Z000107

00100 Instructions to Prospective Contractor - Page 2 of 12
Prepared by CAS/DCSD
Revised 10/1/11

14. "Contract Documents" shall mean and include the documents listed in this definition: The order of priority/precedence is as identified to the left of the following check boxes. Should there be a conflict in the terms as written between two of the components of the Contract, the component with the lowest number shall take precedence.

| | |
|---|---|
| _ | ☐ Index of Contract Documents |
| 3 | ☒ Advertisement for Bids |
| 1 | ☒ Instructions to Prospective Contractors |
| 1 | ☒ Code and Ordinance Requirements |
| 1 | ☒ Protest Information |
| 1 | ☒ Vendor Affirmation Affidavit |
| 1 | ☒ Specific Code / Affidavits Applications (Checklist) |
| 2 | ☒ Community Workforce Program; Job Order Request Form |
| 1 | ☒ Contract |
| 1 | ☒ Bid Bond |
| 1 | ☒ Performance and Payment Bond (if required, Bid Bond is required) |
| 1 | ☒ Proposal |
| 2 | ☒ Financial Statement |
| 1 | ☒ General Covenants and Conditions |
| 1 | ☒ Supplemental General Covenants and Conditions |
| 1 | ☒ Special Provisions |
| _ | ☐ Applicable Federal Requirements |
| 1 | ☒ Department of Small Business Development's Participation Provisions |
| 2 | ☒ Wages and Benefits Provisions |
| 1 | ☒ Specifications |
| 2 | ☒ Standards |
| 1 | ☒ Plans / Sketches |
| 1 | ☒ All Addenda Issued |
| _ | ☐ Other |

15. "Contract Offering", "Solicitation", "Bid Package" shall mean the total documents offered by the County which establishes the process and procedure for a prospective Contractor to interpret the requirements of the County, for a specific project, and to provide a proper submittal package to the County for consideration in awarding a Contract.

16. "Contractor" shall mean the party to the Contract.  The person, firm, or corporation, holders of a current Certificate of Competency applicable to the type of work to be performed, with whom a contract has been made directly or through accredited representatives, that has entered into a contract with Miami-Dade County, Florida and who is primarily liable for the acceptable performance of the work for which he has contracted and also for the payment of all legal debts pertaining to the work.

17. "County", "Dade County", "Miami-Dade County" or "Metropolitan Dade County (MDC)" shall mean Miami-Dade County, Florida, a political subdivision of the State of Florida, acting by and through the Board of County Commissioners, which is a party hereto and for which this Contract is to be performed.

18. "Dedicated Allowance" shall mean an account that establishes funding for an anticipated specified purpose, such as reimbursement for permits or traffic control police.  Any money not directed to be used by the Contractor and specifically approved to be used in accordance with the originally written item within a Dedicated Allowance account, remains with the County.

Construction of Affordable Housing and
Home Ownership in District 11 - Gran Via Apartments
ISD Contract No. Z000107

00100 Instructions to Prospective Contractor - Page 3 of 12
Prepared by CAS/DCSD
Revised 10/1/11

19. "Department" shall mean the Miami-Dade County department issuing the Contract as established on the cover page. For the purposes of this Contract, "Department" shall mean the Internal Services Department (ISD).

20. "Deputy Mayor" or "County Manager", shall mean the Mayor's designee and most senior staff executive who reports directly to the Mayor, and is co-responsible for the overall day to day operation of Miami-Dade County.

21. "Director" shall mean the Director of the Contracting Department or the Director's designee.

22. "Domestic" when applied to materials, shall mean materials or products produced within the United States of America.

23. "Extra Work" shall mean and include all work and materials which are not described within the Contract Documents and covered by a price stated in the Proposal, but which are found by the Construction Manager to be desirable or necessary to complete the Project satisfactorily and consistent with the general intention of the Contract Documents.

24. "Inspector" shall mean any person designated by the A/E or the Owner's Representative to examine and inspect equipment, materials and work for the purpose of ensuring compliance by the Contractor with all requirements of the Contract Documents.

25. "ISD" shall mean Internal Services Department, a department of the County formerly known as General Services Administration (GSA). Any reference to either one of these entities shall be considered one and the same for the purposes of this solicitation.

26. "Mayor", shall mean the administrative agent who is responsible for the management of all administrative departments of the County government and for carrying out policies adopted by the Commission. The Mayor, or such other persons who may be designated by the Mayor, shall execute all contracts and other instruments of the capital improvements process.

27. "Miami-Dade County Code of Ordinances" or "Code of Miami-Dade County", or "Code of Metropolitan-Dade County" or "MDC Code" shall refer to the Code of Miami-Dade County, Florida, as modified by ordinances approved by the Board on a continuing basis and reflects the codification of all County ordinances and resolutions having the effect of law and the provision of suitable penalties for the violation thereof.

28. "Or equal" or "or approved equal" shall mean only a material or product which is specifically approved by the A/E as being an acceptable substitute for a material or product designated in the Specifications or on the Plans by a trade name or the name of the manufacturer.

29. "Owner's Representative" shall mean a designated employee of the Department or a firm contracted by Miami-Dade County to perform the administrative duties of coordination of all documents between the Contractor and the A/E, and who will be responsible to the A/E for the management of the Contract and maintenance of the budgeted funding and duration of the Contract.

30. "Person" shall mean and include any individual, combination of individuals, partnership, society, association, joint stock company, corporation, estate, receiver, trustee, assignee, referee or any other person acting in a fiduciary or representative capacity, whether appointed by a court or otherwise.

Construction of Affordable Housing and
Home Ownership in District 11 - Gran Via Apartments
ISD Contract No. Z000107

00100 Instructions to Prospective Contractor - Page 4 of 12
Prepared by CAS/DCSD
Revised 10/1/11

31. "Principal" shall mean the Contractor.

32. "Project" shall mean and include all design and construction work necessary to fulfill the specific goals of the County and is inclusive of this Contract.

33. "Respondent", "Bidder", "Prospective Contractor", shall mean any person responding to this Contract offering and providing a price quotation to perform the work in accordance with these Contract Documents for construction of the proposed Project.

34. "Solicitation" means "Contract Offering"

35. "Subcontractor" shall mean any business entity engaged by the Contractor to supply labor, materials or equipment for use in the fulfillment of the Project.

36. "Substantial Completion" of the work, or designated portion thereof, is the date certified by the A/E and approved by Miami-Dade County (if different from the A/E) when construction is sufficiently complete, in accordance with the Contract Documents.   Substantial completion means that the percentage of completion of the construction contract is such that the Owner may occupy the project or designated portion thereof or place it into full productive and continued service, for the use which it was intended, including ingress and egress, and all supportive appurtenances for the use of the project.

37. "Surety" shall mean the corporate bond company or individual which is bound by Performance and Payment Bonds with and for the Contractor, who is primarily liable, and which by virtue of the bond, is jointly responsible for the Contractor's acceptable performance of the work of which this contract has been made and for his payment of all debts pertaining thereto;

38. "Working Days", as used in the Instructions to Prospective Contractor, shall mean weekdays Monday through Friday with the exception of County holidays.  The definition of Working Days as related to contract performance may differ from this definition.

## 2.   SCOPE OF THE PROJECT

The scope of each division of the Contract is stated in the Technical Specifications and exhibited within the Plans/Sketches and/or Miami-Dade County Standards.

## 3.   INTERPRETATION OF CONTRACT DOCUMENTS

A. Each Prospective Contractor must thoroughly examine all Contract Documents and judge for himself/herself all matters relating to the character of the proposed Contract.   If the Prospective Contractor should be in doubt as to the meaning of any of the Contract Documents, or is of the opinion that the Plans and Specifications contain errors or contradictions, or reflect omissions, he/she shall submit a written request to the Contract Coordinator for interpretation or clarification.  No interpretation of the meaning of the Plans, Specifications, or other Contract Documents will be made to any Prospective Contractor orally.  Each such request must be in the hands of the Contract Coordinator at least fourteen (14) calendar days before the submittal date, or within the deadline established in the Contract advertisement or as formally amended.  The Contract Coordinator may provide that interpretation or clarification in the form of written addenda, which shall be mailed, delivered, or otherwise communicated, to all Prospective Contractors.  The issuance of a written addendum shall be the only official method whereby such an interpretation or clarification will be made.   Failure of any Prospective Contractor to receive any such addendum or interpretation shall not relieve any Prospective Contractor from any obligation under the terms

Construction of Affordable Housing and                                              00100 Instructions to Prospective Contractor - Page 5 of 12
Home Ownership in District 11 - Gran Via Apartments                                              Prepared by CAS/DCSD
ISD Contract No. Z000107                                                                          Revised 10/1/11

of the Contract, including all addenda properly issued.  Each Prospective Contractor should verify the number of addenda issued prior to execution of the Contract.

B. Items shown on the Plans but not noted in the Specifications, and items noted in the Specifications but not shown on the Plans, are to be considered as both shown on the Plans and noted in the Specifications.  Any errors and/or omissions in the Specifications or on the Plans, as to the standard of the work, shall not relieve the Contractor of the obligation to furnish a satisfactory first class job in strict conformity with the best practice found in work of a similar type.  The failure of the Prospective Contractor to direct the attention of the Contract Coordinator to errors or discrepancies will not relieve the Prospective Contractor of the responsibility of performing the work to the satisfaction of the County, should he/she be awarded the Contract.

## 4.   RESPONSIBILITY OF PROSPECTIVE CONTRACTORS REGARDING CONDITIONS OF THE PROJECT

A. The Contractor shall familiarize himself with all current codes, regulations and standards applicable to the specific work involved in the Contract.  He shall fully comply with all requirements of applicable codes, regulations and standards whether indicated in the Contract Documents or not, including any modifications made by the authorities having jurisdiction over the contract work during the lifetime of the Contract.  Appendix A is bound to these Instructions for the Contractor to review as an outline of these requirements. It should be noted that in accordance with Appendix A, that the provisions in this Appendix shall apply to the Contractor, its officers, agents and employees. The Contractor shall incorporate the provisions in this Appendix A in all applicable subcontracts and other agreements executed by the Contractor in connection with the performance of the Contract.  Section 18 of Appendix A, "CODE AND ORDINANCE REQUIREMENTS" provides information regarding the use of the County's Clearinghouse including Contracts funded in part or in whole by the General Obligation Bond's funded program.

B. All information given on the Plans or in the Contract Documents relating to geotechnical information should not be considered by the Contractor to conclude that the subsurface conditions will be consistent between test information locations.  All such information was prepared for the information of the Department's Engineers only, and permission to examine the same is extended to prospective Contractors for their convenience.  In no event is such information, including any shown on the Contract Plans, to be considered a part of this Contract.

C. The Contractor shall consider all costs and expenses associated with the submittals, including re-submittals (if any), including shop drawings, as being included within the prices contained in the Proposal. The cost of any fees such as the direct cost of required permits shall be paid by the Department, if specifically provided for in a dedicated allowance, unless otherwise stated.

## 5.   PRE-BID CONFERENCE

A Pre-bid Conference will be held at 10:00 AM on Tuesday, November 22, 2010, at the Stephen P. Clark Center, 111 NW 1st Street, 18th Floor, Conference Room 18-3, in order to discuss this solicitation.  Since space is limited, it is recommended that one representative of each firm attend in order to become familiar with the Solicitation and conditions of usage.  Attendees are encouraged to bring this Solicitation Package to the conference, since copies will not be available for distribution at the meeting.  While attendance is not mandatory, Prospective Contractors are encouraged to attend, in order to become familiar with the requirements for this project.

Construction of Affordable Housing and                    00100 Instructions to Prospective Contractor - Page 6 of 12
Home Ownership in District 11 - Gran Via Apartments                                   Prepared by CAS/DCSD
ISD Contract No. Z000107                                                               Revised 10/1/11

F.  In case the Contractor is ordered to perform Work under this paragraph, which in the reasonable determination of the Project Manager, is impracticable to have performed by the Contractor's own employees, the Contractor will, subject to the approval of the Project Manager, be paid the actual cost to Contractor of such Work, and in addition thereto five (5%) percent to cover the Contractor's superintendence, administration and other overhead expenses.

G.  Payment of any amount under this paragraph shall be subject to subsequent audit and approval, disapproval, modification or revision by representatives of the County.

## 77.  CHANGE ORDER PROCEDURES AND BASIS FOR PAYMENT

A.  Extra Work shall result in an equitable adjustment (increase or decrease) to the applicable Contract representing the reasonable cost or the reasonable financial savings related to the change in Work.  Extra Work may also result in an equitable adjustment in the contract schedule for performance for both the Extra Work and any other Work affected by the Extra Work.

B.  The Project Manager shall initiate the Extra Work procedure by a notice to Contractor outlining the proposed Extra Work.  Upon receipt of the notice to proceed with the Extra Work, the Contractor is required to immediately start the Extra Work. The Contractor is required to obtain permission for an extension to start the Extra Work if it is beyond the Contractor's ability to start within the allotted timeframe.

C.  The Contractor is required to provide the Project Manager or designee with a detailed Change Order Proposal, which shall include requested revisions to the Contract, including but not limited to adjustments in the Contract price and schedules for performance for the applicable Contract.  The Contractor is required to provide sufficient data in support of the cost proposal demonstrating its reasonableness.  In furtherance of this obligation, the County may require that the Contractor submit any or all of the following: a cost breakdown of material costs, labor costs, labor rates by trade, and Work classification and overhead rates in support of Contractor's Change Order Proposal.  The Contractor's Change Order Proposal must include any schedule revisions and an explanation of the cost and schedule impact of the extra Work on the project.  If the Contractor fails to notify the Project Manager of the schedule changes associated with a Notice of Proposed Change Order by submitting a revised schedule document, it will be deemed to be an acknowledgment by Contractor that the proposed Extra Work will not have any scheduling consequences.  The Contractor agrees the Change Order Proposal will in no event include a combined profit and home office overhead rate in excess of fifteen (15%) percent of the direct labor and material costs, unless the Project Manager determines that the complexity and risk of the Extra Work is such that an additional factor is appropriate.  The Change Order Proposal may be accepted or modified by negotiations between the Contractor and the County.  If an agreement on the Extra Work is reached, both parties shall execute the Extra Work order in writing.  The execution by the Contractor of the Extra Work order shall serve as a release of the County from all claims and liability to the Contractor relating to, or in connection with, the Extra Work, including any impact, and any prior acts, neglect or default of the County relating to the Extra Work.

## 78.  INSPECTION

A.  At all times during the Contract, the Project Manager shall have the right to undertake a thorough inspection of the Work, including materials and their manufacture or preparation, and to draw the attention of the Contractor to any and all defects in workmanship, materials or other errors or variations from the Contract requirements.

Construction of Affordable Housing and
Home Ownership in District 11 - Gran Via Apartments
ISD Contract No. Z000107

00110 General Covenants and Conditions - Page 43 of 50
Prepared by CAS/DCSD
Revised 10/1/11

B.  The right of inspection herein provided is intended solely for the benefit of the County. Neither the right of inspection nor any failure to draw attention to or point out such defects, errors or variations shall give the Contractor any right or claim against the County or shall in any way relieve the Contractor from its obligations under the term of the Contract.

C.  If the Project or any part thereof shall be found defective, the Contractor shall without cost to the County, forthwith remedy such defect in a manner necessary to comply with the Contract.

D.  The Contractor shall at all times provide the Project Manager and his or her designated representatives all facilities necessary, convenient or desirable for inspecting the Project.  The Project Manager and any designated representative shall be admitted at any time, without delay, to any part of the Work Site and shall be permitted to inspect materials at any place or stage of their manufacture, preparation, shipment or delivery.

E.  Any inspection hereunder shall not reasonably disrupt the Contractor's performance of the Project.

## 79.  UNCOVERING FINISHED WORK

The Project Manager's right to make inspections shall include the right to order the Contractor to uncover or take down portions of finished Work.  The Project Manager or Owner's Representative shall notify the Contractor in writing concerning all uncovered finished Work.  Should the Work prove to be in accordance with the Contract, the uncovering or taking down and the replacing and the restoration of the parts removed will be treated as Extra Work for the purpose of computing additional compensation and an extension of time.   Should the Work examined prove unsatisfactory, such uncovering, taking down, replacing and restoration shall be at the expense of the Contractor.   Such expenses shall also include repayment to the County for any and all expenses or costs incurred by it, including employee salaries or related cost, in connection with such uncovering, taking down, replacing and restoration at the Work Site.

## 80.  CORRECTION OF WORK

A.  The Contractor shall promptly correct all Work rejected by the Project Manager as defective or as failing to conform to the Contract, whether observed before or after Substantial Completion and whether or not fabricated, installed or completed.  The Contractor shall bear all cost of correcting such rejected Work, including the cost of the County's additional services thereby made necessary.

B.  The Contractor further agrees that after being notified in writing by the Owner of any Work not in accordance with the requirements of the Contract or any defects in the Work, the Contractor will commence and prosecute with due diligence all Work necessary to fulfill the terms of the Contract and to complete the Work within a reasonable period of time, as determined by the Project Manager, and in the event of failure to so comply, the Contractor does hereby authorize the County to proceed to have such Work done at the Contractor's expense and that the Contractor will pay the cost thereof upon demand.  The County shall be entitled to all costs, including reasonable attorneys' fees, necessarily incurred upon the Contractor's refusal to pay the above costs.  Notwithstanding the foregoing paragraph, in the event of an emergency constituting an immediate hazard to the health or safety of personnel, property, or licensees, the County may undertake, at the Contractor's expense, without prior notice, all Work necessary to correct such hazardous condition when it was caused by Work of the Contractor not being in accordance with the requirements of the Contract.

C.  If, within five (5) years after the date of final completion of the Project or within such longer period of time as may be prescribed by law, by the Contract, or by the terms of any applicable special warranty required by the Contract Documents, any of the Work is found to be

Construction of Affordable Housing and
Home Ownership in District 11 - Gran Via Apartments
ISD Contract No. Z000107

00110 General Covenants and Conditions - Page 44 of 50
Prepared by CAS/DCSD
Revised 10/1/11

defective or not in accordance with the Contract, the Contractor shall correct it promptly after receipt of a written notice from the County to do so.  The County shall give such notice promptly after discovery of the condition.

D.  All such defective or non-conforming Work shall be removed from the site if necessary and the Work shall be corrected to comply with the Contract without cost to the County.

## 81.  ACCEPTANCE OF DEFECTIVE OR NON-CONFORMING WORK

The County, in its sole discretion may elect to accept in writing defective or non-conforming work instead of requiring its removal and correction.  In such instances, a Change Order will be issued to reflect an appropriate reduction in the Contract, or, if the amount is determined after final payment, any difference in the amount shall be paid to the County by the Contractor.

## 82.  TESTS

All tests required to be performed by the Contractor, shall be made at the expense of the Contractor.

## 83.  CHOICE OF LAW, VENUE

The Contract shall be governed by and construed in accordance with the laws of the State of Florida.  The parties agree that the venue for any and all claims arising from the Contract shall be exclusively in the U.S. District Court for the Southern District of Florida or in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

## 84.  SEVERABILITY

If the Contract contains any provision found to be unlawful, the same shall be deemed to be of no effect and shall be considered stricken from the Contract without affecting the binding force of the Contract as it shall remain after omitting such provision.

## 85.  CONTRACT CONTAINS ALL TERMS

The Contract and all documents incorporated herein by reference contain all the terms and conditions agreed upon by the parties hereto, and no other agreement, oral or otherwise, regarding the subject matter of the Contract shall be deemed to exist or to bind any of the parties hereto, or to vary any of the terms contained herein.

## 86.  SURVIVAL

The parties acknowledge that any of the obligations in the Contract will survive the term, termination and cancellation hereof.  Accordingly, the respective obligations of the Contractor and the County under the Contract, which by nature would continue beyond the termination, cancellation or expiration thereof, shall survive termination, cancellation or expiration thereof.

## 87.  CONTRACTOR'S SUPERVISION

A.  Prosecution of Work:  The Contractor shall give the Work the attention and supervision necessary to ensure its progress according to the approved schedule in conformance with all codes and requirements and to a level satisfactory to the Project Manager/Owner's Representative and with other contractor's at the Work Site.

B.  Contractor's Superintendent:  The Contractor shall, maintain a Superintendent who is competent in the type of Work being performed at the Work Site at all times while Work is in progress to act as the Contractor's agent.  The Contractor's Superintendent shall have full authority to receive instructions from the Project Manager and to execute the orders or

Construction of Affordable Housing and
Home Ownership in District 11 - Gran Via Apartments
ISD Contract No. Z000107

00110 General Covenants and Conditions - Page 45 of 50
Prepared by CAS/DCSD
Revised 10/1/11

## 95.   MANUFACTURER'S INSTRUCTIONS

A.   The Contractor shall:

1.   Comply with the manufacturer's applicable instructions and recommendations for the performance of the Work, to the extent that these instructions and recommendations are more explicit or more stringent than requirements indicated in the Contract.

2.   Inspect each item of materials or equipment immediately prior to installation and reject damaged and defective items.

3.   Provide attachment and connection devices and methods for securing the Project; secure Work true to line plumb and level, and within recognized industry standards; allow for expansion and building movement; provide uniform joint width in exposed project; arrange joints in exposed project to obtain the best visual effect and refer questionable visual effect choices to the Project Manager for final decision when applicable to the job.

4.   Re-check measurements and dimensions of the Project, as an integral step in starting each portion of the Project.

5.   Install each unit or Section of Work during favorable weather conditions, which shall ensure the best possible results in coordination with the entire Project and isolate each unit of Work from incompatible Work as necessary to prevent potential interference among each Section and/or deterioration of equipment.

6.   Coordinate enclosure of the Work, which requires inspections and tests so as to minimize the necessity of uncovering Work for that purpose.

## 96.   REVIEW OF RECORDS

A.   The Contractor shall, during the term of the Contract and for a period of five (5) years after expiration date of the Contract, allow the County or the County's duly authorized representatives to inspect all payroll records, invoices for materials, books of accounts and other relevant records pertaining to the Contract.  Such records shall conform to Generally Accepted Accounting Principles requirements (GAAP), and shall only address those transactions related to the Contract.

B.   The Contractor agrees to maintain an accounting system that provides for accounting records that are supported with adequate documentation and adequate procedures for determining allowable costs.

C.   The Contractor shall develop the proper forms and reports acceptable to the County for the administration and management of the Contract and all Work.

## 97.   WARRANTY

A.   Unless otherwise stated, the warranty shall be for a period of one (1) year commencing with the execution of the Certificate of Final Acceptance, as required by the County.  The County reserves the right to all warranties offered during the normal trade of business and, at the direction of the project A/E, the Contractor shall execute an assignment of warranty document on all such commercial warranties allowing the County to submit and enforce such warranty after the expiration of the general warranty.  This assignment shall be duly executed by both the Contractor and the manufacturer transferring all rights of enforcement to the County at no additional cost to the County.

B.   For certain products such as mechanical equipment, roofing systems, coating systems, etc., the warranty period shall be as stipulated within specifications and the warranty period shall commence from the date the individual equipment or product is put into full productive

Construction of Affordable Housing and
Home Ownership in District 11 - Gran Via Apartments
ISD Contract No. Z000107

00110 General Covenants and Conditions - Page 49 of 50
Prepared by CAS/DCSD
Revised 10/1/11

service.   The warranty period, however, shall not commence until the proper warranty document(s) have been transferred and accepted by the County.

C.  The Special Conditions of the Bid Solicitation may supersede the manufacturer's standard warranty.   MANUFACTURER'S WARRANTIES WILL BECOME EFFECTIVE UPON FINAL COMPLETION OF THE PROJECT.

## 98.   CONTRACTOR'S EVALUATION(S)

A.  ISD shall have the responsibility to evaluate the efforts by the Contractor for each Contract utilizing a standard evaluation instrument created for this purpose. Depending on the size, term and complexity of each Contract, the ISD's construction manager most familiar with the on-going work in the field shall evaluate the Contractor's performance at least once; for longer term or more complex Contracts, the construction manager may create interim evaluations. If only one evaluation is done, it shall be completed just prior to the Contract completion however subsequent to the completion of the majority of punch list items.

B.  Should the Contractors' performance require significant performance improvements, the ISD's construction manager shall create an interim evaluation as soon as poor performance is identified, in order to provide to the Contractor an evaluation exhibiting the failures and providing the Contractor the opportunity to make the necessary improvements.

**END OF SECTION 00110**

Construction of Affordable Housing and
Home Ownership in District 11 - Gran Via Apartments
ISD Contract No. Z000107

00110 General Covenants and Conditions - Page 50 of 50
Prepared by CAS/DCSD
Revised 10/1/11

# CONSTRUCTION OF AFFORDABLE HOUSING AND HOME OWNERSHIP IN DISTRICT 11 - GRAN VIA APARTMENTS ISD CONTRACT NO. Z000107

## DIVISION 0 – GENERAL DOCUMENTS
## SECTION 00120 - SUPPLEMENTAL GENERAL COVENANTS AND CONDITIONS

Article and Title        Page

1.   GENERAL CONDITIONS .................................................................................   2
2.   INSURANCE TO BE CARRIED BY CONTRACTOR ........................................   2
3.   PERFORMANCE AND PAYMENT BOND............................................................   3
4.   DOCUMENTS FURNISHED BY THE COUNTY .................................................   5
5.   NOT APPLICABLE.........................................................................................   5
6.   COMMENCEMENT, PROSECUTION AND COMPLETION OF WORK.............................   5
7.   LIQUIDATED DAMAGES .................................................................................   5
8.   ALLOWANCE ACCOUNTS .............................................................................   6
9.   SITE INVESTIGATION ....................................................................................   7
10.  PERMITS ........................................................................................................   7
11.  NOT APPLICABLE...........................................................................................   7
12.  ACCESS TO SITE, STORAGE AND DUMP AREAS ........................................   7
13.  MEETINGS ......................................................................................................   8
14.  COORDINATION AND COOPERATION ...........................................................   8
15.  SUBCONTRACTOR'S CERTIFICATE OF COMPETENCY ..............................   8
16.  NOT APPLICABLE...........................................................................................   8
17.  RESTRICTIONS ON CONTRACTOR ACTIVITIES ...........................................   8
18.  MAINTENANCE OF EXISTING FACILITIES .....................................................   8
19.  RIGHT OF TERMINATION..............................................................................   8
20.  CLAIMS, DISPUTES OR REQUESTS FOR EQUITABLE ADJUSTMENT............................   8
21.  SUBMITTAL OF CLAIMS .................................................................................  10
22.  PRODUCT CONTROL APPROVAL ..................................................................  12

Construction of Affordable Housing and                    00120 Supplemental General Covenants and Conditions - Page 1 of 14
Home Ownership in District 11 - Gran Via Apartments                                      Prepared by CAS/DCSD
ISD Contract No. Z000107                                                                                Revised 10/1/11

# SECTION 07510 (07 51 13)

# BUILT-UP ASPHALT ROOFING SYSTEM

## PART 1 - GENERAL

### 1.01   SUMMARY

A.   This Section includes labor, materials, and equipment to install the following roof system including, but not limited to:

1.   Preparation of existing concrete deck to receive new roofing.
   a.   Roofing contractor shall be responsible for the inspection and acceptability of the deck service to receive new roofing prior to commencing the work.
   b.   Deck must be properly cured prior to application of the roofing system.
   c.   Curing agents must be checked for compatibility with roofing materials. Prior to the installation of the roof assembly.
   d.   Deck shall be evaluated for surface moisture in accordance with ASTM D-4263 or hot bitumen test.
   e.   Deck shall be primed with ASTM D 41 primer at a minimum rate of 1gal/100 sq. ft. And allowed to dry prior to the application of the roofing system.
   f.   Fill all deck depressions with masonry grout and treat all cracks greater than 1/8" (3 mm) width.

2.   Insulation system (minimum R-30 average)
   a.   Minimum two layers of polyisocyanurate, in hot asphalt or as required to obtain a minimum R-30 average insulation value. Provide tapered insulation where required to achieve positive slope to storm drainage points, minimum 1/4"/ft. slope.
   b.   Top layer of high density perlite coverboard, or equivalent, if required by FBC.

3.   Roofing Membrane
   a.   Five-ply, built-up roof system
      1.   Base Sheet: One or more plies Stratavent® Perforated base sheet ASTM D 4897 Type II
      2.   Interplies: Three or more plies GAFGLAS Ply4, ASTM D2178, Type IV.
      3.   Capsheet:  One or more plies of GAF Energy Cap SBS 30 FR  ASTM D6163 Type I with a reflective surfaced achieving minimum **solar reflectance of .76 (initial).**

4.   Membrane flashings:  Finish membrane flashings shall be of same as capsheet.

5.   All parapet walls shall be fully wrapped with flashing membrane

6.   Measurement and calculation of all amounts of work and materials.

7.   Removal and proper disposal of all work related debris.

8.   Contractor shall verify that emergency roof drainage complies with Section 1617 of the Florida Building Code and Section 1107 of the Florida Plumbing Code:

9.   All work on overflow scuppers shall be in accordance with NRCA and SMACNA recommendations for metal lined scuppers through parapet walls and sections 1617 of the Florida Building Code and 1107 of the Florida Plumbing Code.
   a.   Minimum dimension of all trough wall scupper drains shall be 18 inches horizontal and 8 inches vertical.

10.  Walkway Pads and/or Protection pads shall be installed around all roof mounted equipment, and roof access.

11.  All Metal Profiles shall be minimum 24 ga. stainless steel.

12.  All expansion joints shall be factory fabricated assemblies and shall be pre-approved by the County Project Manager prior to their installation

ISD Project Manual
GRAN VIA – Elderly Affordable Housing
ISD Contract No. Z000107

Section 07510 (07 51 13)
Built-Up Asphalt Roofing System
October 2011
Page 1 of 12

13. Install new Roof Edging System – Drip Flashing 24 ga. stainless steel with a minimum 4 inch face and required wood blocking on all roof edge/eaves.
14. Bid price is also to include all related permit fees and permitting expenses. All work to be done in accordance with the Florida Building Code, HVHZ and the construction documents.

## 1.02   REFERENCE STANDARDS

A. References and industry standards listed in this Section are applicable to the Work. Unless more restrictive criteria or differing requirements are explicitly stated in the Specifications, or mandated governing codes or regulations, the recommendations, suggestions, and requirements described in the referenced standards are deemed mandatory and applicable to the Work.

1. The Florida Building Code (FBC) Current Edition.
2. Factory Mutual (FM Global) –Property Loss Prevention Data Sheets
3. Underwriters Laboratories (UL) – Roofing Systems and Materials Guide
4. American Society for Testing and Materials (ASTM) – Annual Book of ASTM Standards
5. Sheet Metal and Air Conditioning Contractors National Association, Inc. (SMACNA) – Architectural Sheet Metal Manual
6. National Roofing Contractors Association (NRCA)
7. National Fire Prevention Association (NFPA)
8. Underwriter Laboratory (UL)
9. OSHA - Occupational Safety and Health Administration Washington, DC.
10. Cool Roof Rating Council: CRRC-1-2005-Product Rating Program.

## 1.03   DEFINITIONS

A. The Florida Building Code (FBC) current edition.
B. Roofing Terminology:  Refer to ASTMD-1079 "Terminology Relating to Roofing and Waterproofing"; glossary of NRCA's "The NRCA Roofing and Waterproofing Manual"; and the Roof Consultants Institute Glossary of Roofing Terms for definition of terms related to roofing work in this Section.
C. National roofing Contractors Association.
D. Sheet Metal Terminology and Techniques:  SMACNA Architectural Sheet Metal Manual.

## 1.04   PERFORMANCE REQUIREMENTS

A. General:  Provide and install new roofing and waterproofing system that does not permit the passage/infiltration of water and remain watertight. The roof and waterproofing systems and all their components shall be designed and installed to withstand the design wind loads and uplift forces in accordance with the current FBC, HVZ and comply with FM Global requirements. This building is an essential government building and the calculated wind loads shall be performed as such. In case of a conflict with the referenced standard, the most stringent shall prevail.
B. Material Compatibility:  Provide roofing materials that are compatible with one another under conditions of service and application required, as demonstrated by roofing membrane manufacturer based on testing and field experience.
C. Jobsite Safety: Execute all operations and provide a safe work environment in accordance to OSHA standards and regulations. This requirement applies to all contractor personnel, associated subcontractors, workers in other trades, and jobsite visitors.

ISD Project Manual
GRAN VIA – Elderly Affordable Housing
ISD Contract No. Z000107

Section 07510 (07 51 13)
Built-Up Asphalt Roofing System
October 2011
Page 2 of 12

       1.      Follow all industry fire prevention guidelines for storage of materials, staging areas, roof access, and application means and methods.

       2.      Any applicable local fire codes supersede industry guidelines.

D.  Provide system in compliance with products and installation of NOA: NOA 08-1028.02 as applicable for concrete deck or approved equivalent.

E.  UL Listing:   Provide membrane roofing materials with the fire-test-response characteristics indicated as determined by testing identical products per test methods mandated by UL.  Identify materials with appropriate markings of applicable testing and inspecting agency.

## 1.05   SUBMITTALS

A.  Submittals Package – General

       1.      Submit the Shop Drawings, Product Data, Samples, and Quality Control Submittals specified below at the same time as a package.

       2.      All submittal packages must be submitted prior to the Pre-Installation conference.

B.  Product Data: Provide current standard printed product literature indicating characteristics of membrane materials, flashing materials, components, accessories, product specifications and installation instructions.

C.  Shop Drawings:  Submit plans of roof showing pitches and locations of details.  Submit custom details for every condition, including drain sumps, overflows and scuppers, all flashings and counter flashings, equipment base flashings, also showing attachment of extensions and flashings for pipes and vent stacks.

D.  Manufacturer's Certification, Bulk Bitumen: Submit manufacturer's certification indicating that bulk bituminous materials delivered to project comply with required standards. Include quantity, statistical and descriptive data for each product.  Submit certificate with each load before it is used.

E.  Application Manual:  Submit manufacturer's application manual, which describes completely the preparation of surfaces and application of specified materials, including details to suit all conditions.

F.  Applicator's Status:  Submit manufacturer's written proof of approved applicators status, submitted by the Manufacturer's Corporate Office.

G.  Material List:  Submit a descriptive list of all component parts of the roofing systems that will be covered under warranty. The warranty shall be in accordance with requirements herein.

H.  Base Sheet Fastening Patterns:  Provide drawings of fastener patterns as required to resist specified negative wind pressures in accordance with the Florida Building Code.

I.  Roofing Manuals: Submit, in a three-ring binder, all roofing data, including manufacturer's catalogs/manuals of materials and accessories used in the Project, including manufacturer's recommendations.

J.  Sample Warranty:  Submit a specimen copy of the specified warranty, with a list of all components to be guaranteed.

K.  Complete current Florida Building Code (FBC) High Velocity Hazard Zone (HVHZ) Protocols and required product Notice of Acceptance (NOA).

L.  Contractor shall be responsible for all permitting documentations.

## 1.06   QUALITY ASSURANCE

ISD Project Manual
GRAN VIA – Elderly Affordable Housing
ISD Contract No. Z000107

Section 07510 (07 51 13)
Built-Up Asphalt Roofing System
October 2011
Page 3 of 12

A. Manufacturer's Qualifications: Product Manufactures shall be ISO 9000 certified. All products must be Miami-Dade County Product Control Approved.

B. Installer's Qualifications: A single installer shall perform the work of this Section; and shall be a firm with not less than 3 years of successful experience in the installation of built-up roofing systems similar to those required for this project and which is acceptable to or licensed by the manufacturer of the primary roofing materials.

    1. Installer Certification:  Provide the County with written certification from the manufacturer of the roofing and waterproofing system certifying that the installer is approved by the manufacturer for installation of the specified roofing and/or waterproofing system.  Provide a copy of the certification to the County prior to award of the contract.

    2. Installer shall be experienced with the manufactures' published installation instructions, FBC, RAS117 & RAS 111.

C. Source Limitations:  All components listed in this section shall be provided by a single manufacturer or approved by the primary roofing and/or waterproofing manufacturers respectively.

D. Pre-Construction / Pre-Installation Meeting

    1. Shall not occur without approved Shop Drawings by the Contractor and Architect/Engineer of Record.  Shall convene a minimum of two weeks before starting work of this section.

    2. Required Attendees:

        a. Contractor.

        b. Roofing subcontractor.

        c. Roof System Manufacturer.

        d. Installers of deck or substrate construction to receive roofing work.

        e. County's Project Manager.

        f. County's Maintenance Representative.

    3. The County Project Manager shall make arrangements for the meeting and notify the parties required to attend.

    4. Agenda shall include:

        Review preparation and installation procedures and coordinating and scheduling required with related work.

        a. Review roof system requirements (drawings, specifications, and other contract documents).

        b. Review Shop Drawings and associated submittals.

        c. Review manufacturer's technical materials.

        d. Review and finalize construction schedule related to roofing work and verify availability of materials, personnel, equipment and facilities needed to make progress and avoid delays.

        e. Review required inspection, testing, certifying and material usage accounting procedures.

        f. Review weather and weather forecast conditions, and procedures for coping with unfavorable conditions, including temporary roofing.

        g. Tour representative areas of roofing substrates (decks), inspect and discuss condition of the substrate, roof drains, curbs, penetrations and other preparatory work performed by other trades.

ISD Project Manual
GRAN VIA – Elderly Affordable Housing
ISD Contract No. Z000107

Section 07510 (07 51 13)
Built-Up Asphalt Roofing System
October 2011
Page 4 of 12

1.07   **DELIVERY, STORAGE, HANDLING & DISPOSAL**

A.   Delivery:

1.   Deliver roofing materials to the site in the manufacturer's unbroken containers bearing the manufacturer's printed labels.

2.   All bitumen delivered with labels in accordance with D-312.

3.   For all bitumen delivered in tanker trucks, provide same manufacturer's certifications listed above.

B.   Storage and Handling

1.   The Contractor shall be solely responsible for the storage of his materials and equipment. On site storage of materials shall not be guaranteed. The County shall not be responsible for any stolen or damaged equipment and materials. Storage areas shall be approved and authorized by the County Project Manager and facility contact person. Deliver roofing materials to the site in the manufacturer's unbroken containers bearing the manufacturer's printed labels.

2.   Rooftop storage will be permitted only with the authorization of an engineer

a.   Do not point load roof.

b.   Move only a day's supply of material to roof at one time.

c.   Do not store any flammables on roof.

3.   Store materials a minimum of 6" off the ground, in a dry, well ventilated place protected from the weather.

a.   Enclosed trailers are recommended.

b.   Temperature conditioned storage is required for temperature sensitive items.

4.   Mark for clear and evident identification all material that has been subject to moisture.

a.   Remove such materials from the site.

5.   Handle roll goods with care.

a.   Do not use roll goods which have been damaged.

b.   Leave materials in their packaging until ready for use.

6.   Allow no unlabeled materials on site.

7.   In event of damage, immediately make all repairs and replacements required by Owner's Representative.

C.   Disposal

1.   All removed materials become the property of the contractor.

2.   Inspect ground areas surrounding roof on a daily basis for loose debris.

3.   Immediately move all debris off roof and into approved dumpster.

4.   Dumpster staging areas must be kept neat and tidy.

a.   Do not allow to overflow.

5.   All debris must be transported to a legal dumpsite or recycling facility and documentation of each load must be maintained by the Contractor.

1.08   **PROJECT CONDITIONS**

A.   Weather Limitations: Proceed with installation only when existing and forecasted weather conditions permit roofing system to be installed according to Manufacturer's written instructions and guarantee requirements.

1.   Do not start roofing if rain is imminent, or ambient temperature is below 45°F.

2.   If rain occurs during roof membrane application, cease operations and protect deck, insulation, penetrations and membrane from water damage and intrusion.

ISD Project Manual
GRAN VIA – Elderly Affordable Housing
ISD Contract No. Z000107

Section 07510 (07 51 13)
Built-Up Asphalt Roofing System
October 2011
Page 5 of 12

    3.    All roofing operations shall be carried out and scheduled so as to prevent any water damage or intrusion into the building, including during inclement weather. All costs of repairs for failure on the part of the contractor to take necessary precautions to avoid such water damage and intrusion shall be borne by the contractor.

B.  Flame-heated Equipment:

    1.    Locate and use flame-heated equipment so as not to endanger the structure or other materials on the site or adjacent property.

    2.    Do not place flame heating equipment on roof.

    3.    Provide and maintain fire extinguisher.

C.  Comply with all fire regulations. Ensure properly rated, charged, and inspected fire extinguishers are on the roof and staging area.

## 1.09   SUBSTITUTIONS

A.  When a particular make or trade name is specified, it is indicative the standard required. The basis of this specification is roofing system model number **I-4-1-MGFR** as manufactured by GAF Materials Corporation.

## 1.10   WARRANTY

A.  Manufacturer's Guarantee:   Single source NDL (No Dollar Limit), without monetary limitation, includes materials and workmanship to maintain roof in a watertight condition. Single-Source special warranty includes roofing membrane, base flashings, liquid applied flashing, roofing membrane accessories, fasteners, base-sheet, parapet copings, parapet membrane flashing, walkway products, manufacturer's expansion joints, manufacturer's edge metal products, and other single-source components of roofing system marketed by the manufacturer.

    1.    Additional Riders: Provide manufacturer's wind rider covering storm events up to 146 miles per hour (3 second gust).

B.  Warranty Period:  20 years from date of Completion.

    1.    Contractor shall be a manufacturer's certified applicator and shall include the copy of the Manufacturer's certification letter as part of the bid documents. Guarantee to run from date of substantial completion.  Manufacturer shall have a minimum AAA credit rating.

        a.    In addition to the required Manufacturer's twenty (20) year "No Dollar Limit" warranty for roofing systems, the contractor shall provide a 5-year warranty, in which contractor agrees to repair or replace components of roofing system that fail in materials or workmanship with the specified warranty period.  Failure includes roof leaks.  The warranty shall be a term type, with no conditions, exclusions, exclusions of remedies by the County, deductibles or limitations on coverage amount.  Any conditions, exclusions, or limits proposed by the installer must be approved by the County in writing.   Each Installer shall list which roof system component(s) are covered by them.

# PART 2 - PRODUCTS

## 2.01   MANUFACTURERS

ISD Project Manual
GRAN VIA – Elderly Affordable Housing
ISD Contract No. Z000107

Section 07510 (07 51 13)
Built-Up Asphalt Roofing System
October 2011
Page 6 of 12

A. In other Part 2 articles where titles below introduce lists, the following requirements apply for product selection:

1. Products:  Subject to compliance with requirements, provide one of the products specified

2. Manufacturers:  Subject to compliance with requirements, provide products by the manufacturers specified.

## 2.02    MATERIALS

A. Wood Nailers and Blocking: Structural grade lumber any commercial softwood species, kiln dried and preservative treated in accordance with the FBC.

B. Fasteners: In accordance with requirements of Florida Building Code and Miami-Dade Notice of Acceptance for roof system specified.

C. Concrete Deck surface patching (if needed): Use Siplast Zono-Patch or approved equivalent    (800-922-8800).

D. Water: Clean and potable, free of organic matter.

F. Thermal Layer

1. General: Provide preformed roof insulation boards that comply with requirements and referenced standards, selected from manufacturer's standard sizes and of thicknesses indicated that will achieve a minimum average insulation R-30 value throughout the roof. Slope insulation so that there will be zero ponding on any part of the roof.

2. Polyisocyanurate.

   a. A rigid roof insulation board composed of a closed cell polyisocyanurate foam core bonded in the manufacturing process to universal fiber glass reinforced facers. Provide product that utilizes an environmentally compliant blowing agent containing pentane hydrocarbon to enhance the thermal performance of the foam insulation. This hydrocarbon has zero ozone depletion potential and conforms to the Montreal Protocol established in 1987.

   b. Reference Standards

      1. ASTM C 1289-02 Type II, Class I, Grade 2.

      2. CAN/ULC S 704.

   c. Product

      1. ENRGY 3 or approved equivalent

   d. Typical Physical Properties.

      1. Nominal Thickness: 2 layers of 2" thickness minimum

3. Tapered Polyisocyanurate System

   a. Tapered Pre-Cut polyisocyanurate crickets consist of sloped insulation panels that are professionally designed, factory cut and composed of a foam core bonded in the foaming process to universal fiber glass reinforced facers on both sides.

   b. Reference Standards

      1. ASTM C 1289

      2. Federal Specification HH-I-1972/Gen and HH-I-1972/2

      3. CAN/ULC-S704-01, Type 3, Class 2 (See CCMC Evaluation Report 13058-L).

   c. Product

      1. Tapered ENRGY 3 Pre-Cut Crickets or approved equivalent

4. Thermal Layer Securement

   a. Adhered. Use manufacturer's approved asphalt.

G. Base Sheet

ISD Project Manual
GRAN VIA – Elderly Affordable Housing
ISD Contract No. Z000107

Section 07510 (07 51 13)
Built-Up Asphalt Roofing System
October 2011
Page 7 of 12

    1. Base Sheet
      a. One or more plies Stratavent® Perforated base sheet ASTM D 4897 Type II.
      b. Securement in accordance with manufacturer's Miami-Dade Notice of Acceptance.
    2. Interplies.
      a. Three or more plies GAFGLAS Ply4, ASTM D2178, Type IV.
      b. Securement in accordance with manufacturer's Miami-Dade Notice of Acceptance.
    3. Capsheet
      a. One or more plies of GAF Energy Cap SBS 30 FR  ASTM D6163 Type I.
      b. Securement in accordance with manufacturer's Miami-Dade Notice of Acceptance.

H. Base Flashings
    1. Membrane flashings:  Finish membrane flashings shall be of same as capsheet.
    2. Securement in accordance with manufacturer's Miami-Dade Notice of Acceptance

I. Parapet Walls
    1. All parapet walls shall be fully wrapped with flashing membrane.

J. Walk Pads
    1. Minimum one or more layers of Capsheet or approved equivalent, installed around all roof mounted equipment, and roof access.

K. Metal Profiles
    1. Minimum pre-manufactured 24 ga., stainless steel.
    2. Downspout, scuppers, and spillouts, shall be pre-manufactured with mitered and soldered joints installed in accordance with the FBC.
    3. Drip Flashing 24 ga. stainless steel with a minimum 4 inch face and required wood blocking on all roof edge/eaves.

L. Pipe Penetrations: Use M-Curb system, a structural urethane other shell, bonded to the roof surface, filled with rubber sealant, or approved equivalent.

M. Asphalt shall be low odor low fume and comply with roofing manufacture's recommendation and the FBC.

N. Cants and Edge Strips
    1. Provide strip manufactured from a high density, laminated board made of high strength fibers and expanded perlite.
    2. Reference Standard:        ASTM C 728.

O. Roof Edging System – Drip Flashing/Gravel Stop
    1. Decorative metal drip flashing/gravel stop with continuous extruded aluminum bar to terminate roofing at perimeter. Provide watertight system with no exposed fasteners and butt type joints with concealed splice plates, 26 ga., RAS 111.
    2. Accessories
      a.    Provide miters, downspout scuppers, spillout scuppers fabricated by manufacturer.
      b.    Employ welded base assembly to maintain watertight integrity.
      c.    Provide matching brick wall cap, downspout, extenders, or other.
      d.    Surface Mounted Reglet: At parapet walls use surface type SM reglet as manufactured by FryReglet or approved equivalent. Install in accordance with RAS 111. Seal top with polyurethane sealant or approved equivalent.

P. Plumbing Vents:  Lead (RAS 111) or pre-manufactured pre-flashed with modified bitumen membrane.  Vent type to be approved by the A/E.

Q. Pipe Supports: New UV resistant polycarbonate condensate pipe supports as manufactured by Miro Industries Salt Lake City UT, Tel (801) 975-9993 Model No. M8UFS or approved equivalent.

R. Pipe penetrations: use M-Curb system, a structural urethane outer shell, bonded to the roof surface, filled with rubber sealant, or approved equivalent.

ISD Project Manual
GRAN VIA – Elderly Affordable Housing
ISD Contract No. Z000107

Section 07510 (07 51 13)
Built-Up Asphalt Roofing System
October 2011
Page 8 of 12

## PART 3 - EXECUTION

### 3.01   PREPARATION

A. Surface Preparation
1. Inspect concrete deck closely for smoothness, cracks over 1/8 inch, spalling, rust staining, excessive deflection, moisture. Perform manufacturer's dryness test to ensure that deck is ready to receive waterproofing system and that application medium bonds well to surface.
2. Prepare and prime substrate surfaces per manufacturer's recommendations and Miami Dade County NOA, and FBC.
3. Unacceptable areas should be brought to the attention of the County Project Owner's Representative and must be corrected prior to installation of roofing system.
4. Repair of incidental surface damages, unintended low areas, rough cold joints and fastener holes in existing lightweight insulating concrete substrates. Use Zono-patch concrete repair mortar as recommended by manufacturer and trowel finish to a smooth surface.
5. Ensure that wood blocking has been installed as detailed in the plans and specifications.
6. Ensure that all counter-flashing receivers, curbs, etc., are constructed in such a manner as to provide a minimum 8" base flashing height measured from the finished roof's surface to the top of the base flashing membrane.

### 3.02   HEATING BITUMEN

A. Preparation
1. Use separate kettles or tankers for heating different types of asphalt.
2. Strictly regulate the heating process by means of an automatic thermostatic control of an approved type for positive temperature control.
3. Provide kettles or tankers with the following features:
   a. 100% safety shutoff.
4. Location heating kettles on the ground, with the asphalt pumped to the roof and in accordance with NFPA 16.7.
   a. Kettles shall not be placed on the roof.
   b. Gas Cylinders (comply with NFPA requirements):
   c. Provide fire extinguishers on the roof and in the vicinity of the kettles as required to ensure the safety of the roof.

B. Heating Asphalt Bitumen
1. Heat the bitumen in accordance with the Equiviscous Temperature information furnished by the bitumen manufacturer for that specific run of bitumen.
   a. Maintain the temperature of the bitumen at the point of application within the Equiviscous Temperature Range.
      1. Use insulated pipes, buckets, luggers, and other insulated roofer's equipment as required by the field conditions.
      2. Contractor must have at least one hand held thermometer for each crew installing hot asphalt in order to ensure compliance with EVT.
2. The accepted application temperature range for asphalt is the equiviscous temperature (EVT), ±25°F.  All felt installation must occur in this range to be acceptable.

### 3.03   INSTALLING THERMAL LAYERS

A. Initial Layer
1. Starting at the low edge of the roof, adhere thermal layer board in hot asphalt.
   a. Install boards with long joints continuous.

ISD Project Manual
GRAN VIA – Elderly Affordable Housing
ISD Contract No. Z000107

Section 07510 (07 51 13)
Built-Up Asphalt Roofing System
October 2011
Page 9 of 12

        b.      Stagger short joints.
        c.      Butt joints tightly.
        d.      Embed each ply in a solid mopping of specified asphalt applied below the EVT.
    2.      Keep insulation absolutely dry at all times. Discard insulation that contains moisture.
        a.      Install only as much insulation as can be covered with roofing membrane the same day.

## 3.04   INSTALLING ROOFING MEMBRANE

A.  Membrane
    1.      End laps shall be a minimum of 6 inch staggered at a minimum of 3 feet, with 4 inch minimum side laps.
    2.      Membrane installation shall be in accordance with Mia I Dade County NOA and FBC.

## 3.05   INSTALLING FLASHINGS, ACCESSORIES

A.  Temporary Flashings:
    1.      Provide a temporary waterproof seal at all membrane edges, penetrations, drains, etc. Unless complete flashings are installed immediately (same working day) following the membrane application.
B.  Preparation:
    1.      Inspect walls, curb heights, counterflashings, etc., and check for conformance with minimum base flashing height of eight (8").
    2.      Bring non-conforming areas to the attention of the Owner's Representative for correction.
C.  Primer:
    1.      Prepare and prime substrate surfaces per manufacturer's instructions.
        a.      Abrade and grind surfaces and clean metal surfaces to bare metal when recommended by the manufacturer.
        b.      Follow manufacturer's recommendations for required temperature of substrate and materials, and for filling of voids.
    2.      Prime all masonry, metal, or concrete surfaces from the top of the roof membrane to the termination of the flashing level with asphalt primer at the rate of one (1) gallon per 100 square feet or as recommended by the manufacturer.
    3.      Allow the primer to dry thoroughly.
    4.      Ensure that bonding surfaces to which the seal or flashing are to be placed are clean and free of moisture, dirt, grease, oil, loose material, foreign material, and debris.

D.  Installing Flashings:
    1.      Flashings are critical to the success of the roofing system and flashing conditions vary wildly.  In addition to guidelines below, consult manufacturer for general flashing guidelines and project specific flashing design.
    2.      Provide seals or flashing at penetrations of the roof membrane as required for a watertight roof system, and as indicated on the Drawings, and as approved by the roof system manufacturer for inclusion in the roofing warranty.
    3.      Install two ply base flashing system using specified modified bitumen base sheet and built-up cap sheet at all intersections formed by changes of plane, and wherever curbed roof openings, wall, parapets, or other structure joint penetrates the roof.
        a.      Install flashing system in manufacturer's approved hot, steep asphalt at EVT.
E.  Fluid-Applied Flashing System
    1.      Based on PermaFlash System.  Follow manufacturer's instructions.

ISD Project Manual
GRAN VIA – Elderly Affordable Housing
ISD Contract No. Z000107

Section 07510 (07 51 13)
Built-Up Asphalt Roofing System
October 2011
Page 10 of 12

            a.      Lay out reinforcement fabric around penetration and cut to fit.  Wrap fabric around penetration and bridge all vertical to horizontal transitions.

            b.      Apply fluid-applied flashing directly to prepared substrate.  Adhere fabric by pressing into the fluid-applied flashing while still wet.

            c.      Completely cover fabric with at least 60 mil coat wet film thickness of fluid-applied flashing, and as required by the manufacturer.

            d.      Extend top coat of fluid-applied flashing system 2 inches beyond edges of reinforcement fabric.

F.   Installing Walkway Pads/Splash Block/Protection Pad:

    1.      Set the pads in a solid bed of plastic cement compatible with the cap sheet material.

    2.      Leave adequate space between pads so that positive drainage is not affected from installation.

## 3.06   INSTALLING ROOF EDGING SYSTEM

A.   Inspection:

    1.      Verify that the roof edging installation will not disrupt other trades.

    2.      Verify that the substrate is dry, clean and free of foreign matter.

    3.      Report and correct defects prior to any installation.

B.   Installation of Roof Edging System:

    1.      Submit product design drawings for review and approval to Owner's Representative or Specifier before fabrication.

            a.      Check as-built conditions and verify the manufacturer's roof edge details for accuracy to fit the wall assembly prior to fabrication.

    2.      Comply with the roof edging manufacturer's installation guide when setting edging.

    3.      Use provided fasteners consistent with manufacturer's instructions, suitable for the substrate to which it is being installed and in accordance with RAS 111.

## 3.07   FIELD QUALITY CONTROL

A.   Field Samples

    1.      Draw a quart sample from each load of bitumen arriving at the job site in the presence of the Owner's Representative, who will take it for laboratory analysis.

B.   Test Strip (if requested by the Owner):

    1.      When and where directed by the Owner's Representative, and before surfacing is applied to the completed membrane:

            a.      Cut a strip 3" wide by 40" long thru all plies of the roofing system. Number of such test strips may be as required by the Representative.

            b.      After removal of the strip, immediately repair the area by applying the same number of plies of the same kind of felt and bitumen over the filled strip with the first ply.

    2.      Lap each edge 12" and each succeeding ply lapping the preceding ply by at least 3" on all edges.

            a.      Approximate quantities of components within roofing membrane will be determined according to ASTM D 3617.

    3.      Turn the test strips over to the Authority's Representative for examination.

            a.      If the test strips indicate the roofing system complies with the Specifications, the Authority will bear the cost of the test strip Work.

            b.      If the strips indicate the roofing system does not comply with the Specifications, the Contractor will bear the cost of the test strip Work, and will repair or replace all roofing Work as required to comply with the Specifications, at the Contractor's expense.

C.   Non-Compliance:

    1.      Failure of the bitumen samples or the test strip samples to meet the Specification requirements will be cause for rejection of the Work.

ISD Project Manual
GRAN VIA – Elderly Affordable Housing
ISD Contract No. Z000107

Section 07510 (07 51 13)
Built-Up Asphalt Roofing System
October 2011
Page 11 of 12

**3.08   INSPECTION**

    A.  After all roofing system Work is completed, provide an inspection by the roofing system manufacturer's representative. Representative must be employed expressly as a technical employee and not concurrently function in a sales role.  Provide, via the representative, documentation verifying that roofing system has been installed according to the Specifications.

**3.09   CLEANING**

    A.  Keep newly installed roofing membrane clean and new in appearance under the assumption that all areas of roofing are aesthetically essential.  Contractor may be directed to remedy – and if no remedy available – replace, newly roofed areas that are not maintained as such during the balance of installation.

    B.  Restore all other building surfaces and areas affected by roofing application to same condition of aforementioned on day of job start.

    C.  Remove all debris from roof and staging areas.

**END OF SECTION**

ISD Project Manual
GRAN VIA – Elderly Affordable Housing
ISD Contract No. Z000107

Section 07510 (07 51 13)
Built-Up Asphalt Roofing System
October 2011
Page 12 of 12

# EXHIBIT B

*Nielson, Hoover & Associates*
Bond Department

Public Works Bond
In compliance with Florida Statutes 255.05(1)(a)

| | |
|---|---|
| **Bond No.** | **21BCSFZ7956** |

| | |
|---|---|
| **Contractor** | **Siltek Group, Inc.** |
| **Address** | 1232 North University Drive, Suite 101<br>Plantation, FL 33322 |
| **Phone No.** | (954) 370-1368 |
| **Surety Company** | **Hartford Casualty Insurance Company** |
| **Address** | One Hartford Plaza<br>Hartford Connecticut 06155 |
| **Phone No.** | (860) 547-5000 |
| **Owner Name** | **Miami-Dade County** |
| **Address** | 111 N.W. 1st Street<br>Miami, FL 33128 |
| **Phone Number** | **(305) 375-5071** |
| **Contract/Project No.** | Z000107 |
| **Project Name** | *Construction of Affordable Housing and Home Ownership in District 11 – Gran Via Apartments* |
| **Project Location** | Miami, FL |
| **Legal Description and/or Street Address** | SW 127th Avenue and SW 8th Street, Miami, FL 33184 |
| **Description of Work** | Construction |

Front Page
All other bond page(s) are deemed subsequent to this page regardless
of any page number(s) that may be preprinted thereon.

RECEIVED
JUN 14 2012
RISK MANAGEMENT
DIVISION

Bond No. 21BCSFZ7956

## CONSTRUCTION OF AFFORDABLE HOUSING AND HOME OWNERSHIP IN DISTRICT 11 - GRAN VIA APARTMENTS ISD CONTRACT NO. Z000107

## SECTION 00615 - SURETY PERFORMANCE AND PAYMENT BOND

By this Bond, We ___SILTEK GROUP, INC.___ as Principal, whose principal business address is ___1232 North University Drive, Suite 101, Plantation, FL 33322___, as Contractor under the contract dated _____ , 20___, between Principal and Miami-Dade County for the construction of Affordable Housing and Hole Ownership in District 11 - Gran Via Apartments, ISD Project No. Z000107 (herein after referred to as "Contract"), the terms of which Contract are incorporated by reference in its entirety into this Bond, and ___Hartford Casualty Insurance Company___, a corporation, whose principal business address is ___One Hartford Plaza, Hartford, CT  06183___ as Surety, are bound to Miami-Dade County (hereinafter referred to as "County") in the sum of ___Nine Million Seven Hundred Twenty Thousand Nine Hundred Fifty___ U.S. dollars ($ 9,720,950.00 ), for payment of which we bind ourselves, our heirs, personal representatives, successors, and assigns, jointly and severally.

THE CONDITION OF THIS BOND is that if Principal:

1. Performs all the work under the Contract, including but not limited to guarantees, warranties and the curing of latent defects, said Contract being made a part of this bond by reference, and in the times and in the manner prescribed in the Contract, including any and all damages for delay; and

2. Promptly makes payments to all claimants, as defined in Section 255.05(1), Florida Statutes, supplying Principal with labor, materials, or supplies, used directly or indirectly by Principal in the prosecution of the work provided for in the contract; and

3. Pays County all losses, damages, including damages for delay, expenses, costs and attorney's fees, including appellate proceedings, that County sustains because of a default by Principal under the Contract, including but not limited to a failure to honor all guarantees and warranties or to cure latent defects in its work or materials within five (5) years after completion of the work under the Contract; and

4. Performs the guarantee of all work and materials furnished under the contract for the time specified in the Contract, including all warranties and curing all latent defects within five (5) years after completion of the work under the Contract;

Then this bond is void; otherwise it remains in full force.

If no specific periods of warranty are stated in the Contract for any particular item or work, material or equipment, the warranty shall be deemed to be a period of one (1) year from the date of final acceptance by the County. This Bond does not limit the County's ability to pursue suits directly with the Principal seeking damages for latent defects in materials or workmanship, such actions being subject to the limitations found in Section 95.11(3)(c), Florida Statutes.

Any changes in or under the Contract Documents and compliance or noncompliance with any formalities connected with the Contract or the changes does not affect Surety's obligation under this Bond.

Construction of Affordable Housing and
Home Ownership in District 11 - Gran Via Apartments
ISD Contract No. Z000107

00615 Surety Performance and Payment Bond - Page 1 of 2
Prepared by CAS/DCSD
Revised 10/1/11

This bond is given to comply with section 255.05 Florida
Statutes, and any action instituted by a claimant under this
bond for payment must be in accordance with the notice and
time limitation provisions in Section 255.05(2), Florida Statutes.

**IN WITNESS WHEREOF**, the above bounden parties have caused this Bond to be executed by their
appropriate officials as of the ____ day of _____, 20___.

ATTEST:
Contractor:

Siltek Group, Inc.
_____
Contractor's Full Name

By:  _____
     RENEA SIERRA
     President, Managing Partner or
     Joint Venturer

Siltek Group, Inc.
_____
Legal Name of Contractor

_____
Signature

_____
Corporate Seal

COUNTERSIGNED BY RESIDENT FLORIDA
AGENT OF SURETY:

*Charles D. Nielson*

(Copy of Agent's current Identification Card as
issued by the State of Florida Insurance
Commissioner must be attached)

SURETY:

Hartford Casualty Insurance Company

By:   *Charles D. Nielson*
      _____
      Attorney-In-Fact  Charles D. Nielson

BOND APPROVED AS TO
INSURANCE REQUIREMENTS
*Rose Yowe*
RISK MANAGEMENTS DIVISON
DATE: 07/06/12

_____
Corporate Seal (Power of Attorney
must be attached)

Construction of Affordable Housing and
Home Ownership in District 11 - Gran Via Apartments
ISD Contract No. Z000107

00615 Surety Performance and Payment Bond - Page 2 of 2
Prepared by CAS/DCSD
Revised 10/1/11

# EXHIBIT C





**20 YEAR NDL**
LIMITED WARRANTY

Date Issued: 6/24/2014          Warranty No.: W3001817                    20 Years From: 04/08/2014          Spec #: FRP-N-B3

WHEREAS, CertainTeed, 750 E. Swedesford Rd., Valley Forge, PA (hereinafter referred to as 'CT'), has sold its products which have been used in applying a roof membrane on the building described as follows:
Owner: MIAMI DADE COUNTY , 111 NW 1 AVE , MIAMI, FL, 33125, 954-370-1368
Building: GRAN VIA , 12700 SW 8 ST , MIAMI , FL, 33184, N/A
CT Specification: FRP-N-B3                                                    Roofing Areas: 350 squares
Applied By: Aleluya Roofing, 7351 NW 7th Street, Bay H, Miami, FL, 33126, 305-261-8814

**Coverage**
CertainTeed Corporation (CT) hereby warrants the roof system installed at the above address, subject to the following terms, conditions, limitations and exclusions, for a period of **20** years from the date of completion of the roof system installation. If, during the duration of this Limited Warranty, a deficiency in the workmanship of the roof system installation or a manufacturing defect in the roof system causes a leak, CT or its designated roofing contractor will, at CT's expense, repair the roof system as necessary to restore it to a watertight condition. Only deficiencies in the roof system that cause leaks are covered by this Limited Warranty. In no event will CT be responsible for any costs associated with the removal or abatement of any existing roof system to which the CT roof system is applied. Roof system, as used herein, shall include the following components: FlintBoard™ Insulation, FlintFast™ Fasteners, FlintPrime™ Primers, FlintCoat™ Coatings, FlintBond™ Adhesives, applicable base sheet(s), interplies and cap sheet(s) (with approved roof coating of surfaces) required by the CT Product Specification, and asphalt material between layers when required, if applied per CT's Commercial Roof Systems Manual specification. Roof components which are not part of the roof system and hence not covered by this Limited Warranty include the following: underlying roof deck, insulation (non CT brand), vapor retarders, fasteners (non CT brand), metal work (non CT brand), drains, pitch pans, expansion joints, skylights, vents, plastic accessories, decorative or reflective coating (non CT brand), surfacing and/or any aggregates.

**Exclusions from Coverage**
This Limited Warranty does not cover leaks, damages or injuries of any type, including, but not limited to, damage to roof insulation, roof decks or other bases over which the CT products are applied, attributable directly or indirectly to any of the following:
1. Natural disasters, including, but not limited to, cyclones, tornadoes, hurricanes or other winds exceeding Force 9 on the Beaufort scale, lightning, earthquakes, flood, hail or fire.
2. Falling objects, civil insurrection, war, riot or vandalism.
3. Settlement, deflection, movement, moisture content, inadequate attachment or other deficiencies of the roof deck, pre-existing roof system, walls, foundations or any other part of the building structure, insulation or other materials underlying the roof system.
4. Failure of the roof system caused or contributed by:
    a. Maintenance, repair or work on the roof unrelated to the roof system, such as mechanical, electrical or plumbing;
    b. Infiltration or condensation of moisture in, through or around the walls, copings and metal components, pitch pans, building structure or underlying or surrounding materials;
    c. Traffic of any nature or use of the roof surface as a storage area, walking or recreational surface or for any other similar purpose;
    d. Movement or deterioration of metal work used in conjunction with the roof system;
    e. Deposits of solids or liquids which may cause deterioration of the roof system;
    f. Building design or construction;
    g. Lack of positive drainage, to completely remove water from the roof system per NRCA guidelines; or
    h. Installation over a wet surface or substrate.
5. Failure to adhere to CT's roof maintenance program (see CT's Roof Maintenance Form).
6. Unauthorized application on excluded buildings or structures (see CT's General Recommendations).
7. Any change in the building's basic usage unless approved in advance in writing by CT.
8. Any use of roofing material of any kind or nature not approved in CT's Commercial Roof Systems Manual.
9. Placement of any additional structures on the roof system (such as, but not limited to, equipment or framework used in connection with air conditioning units, transmission and/or reception devices, signs and/or water towers).
10. Failure to maintain the watertight integrity of the roof system. Owner must make repairs within 30 days of notification by CT to non-warranted items that affect the watertight integrity of the roof system.
In addition, CT will not be responsible for, or have any liability for, changes to the appearance of the roof system that do not result in roof leaks. This includes, but is not limited to, the loss of granules from the cap sheet and/or surface cracking due to weathering or normal wear and tear from the elements.

**Non-Warranted Repairs**
Repairs must be made by a CT Gold or Silver Star roofing contractor or roofing contractor approved in advance by CT. Should a non-warranted repair be made by any roofing contractor, payment must be remitted to the roofing contractor within 30 days from completion of the work or the Limited Warranty will be void. Should non-warranted repairs not be made within 30 days of notification by CT, the Limited Warranty will be void.

**Two-Year Inspection**
A mandatory inspection will be made of the roofing membrane within 2 years from the date of application. If for any reason CT or its authorized representative is not granted access to perform the inspection this Limited Warranty shall be void.

**Unapproved Repairs, Alterations, Deletions or Additions**
All repairs, alterations, deletions or additions to any aspect of the roof, or any material contiguous thereto, must have prior written approval of CT's Commercial Warranty Department (CertainTeed Roofing Products Group, Commercial Warranty Department, 1400 Union Meeting Road, PO Box 1100, Blue Bell, PA 19422, (800) 396-8134). If Owner, without prior written consent of CT, makes or permits any repairs, alterations, deletions or additions to the roof, all of CT's obligations, duties and coverage under this Limited Warranty will terminate.

**Notice of Claims**
Any claim or request for CT to perform under this Limited Warranty must be made by Owner to CT in writing within thirty (30) days of discovery of the defect (notification to the contractor is not considered notice to CT) or CT will have no responsibility for the repairs. This notice of claim must include a general description of the alleged defect and a copy of the roof maintenance records. Owner shall grant access to the entire roof system as necessary for CT to investigate a claim. If access is not granted, CT shall have the right to determine, at its sole discretion, that this Limited Warranty is void as to that portion of the roof system to which access is denied. Should the investigation of the leak be determined not to be covered under this Limited Warranty, any costs associated with the leak investigation shall be the Owner's sole responsibility.
**NOTE: In the event an emergency condition exists which requires immediate repair to avoid damage to the building or its contents, Owner may make essential temporary repair(s) performed by a qualified roofer. CT will only reimburse Owner for essential temporary repair expenses that would have been covered under this Limited Warranty.**

**Modifications**
Only CT's Commercial Warranty Department is authorized to modify coverage provided by this Limited Warranty. Issuance of this Limited Warranty or review or inspection of plans, the building or product application by a CT representative does not waive any exclusions or conditions of this Limited Warranty. Application of a roof system that deviates from CT's Commercial Roof Systems Manual specifications voids coverage, unless prior written approval is provided by CT's Commercial Warranty Department.

**Transferability of Warranty**
This Limited Warranty may be transferred to a subsequent owner only if CT's Commercial Warranty Department is notified at the above listed Blue Bell address within thirty (30) days of real estate title transfer and upon payment of the applicable transfer fee to CT. Failure to transfer this Limited Warranty pursuant to these stated conditions terminates CT's warranty obligations. If it is determined at CT's sole discretion that the roof is in a state of poor maintenance or in disrepair, CT reserves the right to reject the transfer and void this Limited Warranty. All transfer fees will be refunded minus the cost of any applicable inspection and administrative fees.

**Conditions Pertaining to Warranty Issuance**
This warranty shall become effective only upon the occurrence of all the following events: (1) Receipt of roofing contractor's notice of completion; (2) CT final inspection and completion of all punchlist items; (3) Payment of CT's warranty fee; and (4) Owner's payment to roofing contractor for installation and supplies.

**Disclaimer of Warranties and Limitations of Remedies**
THIS DOCUMENT CONSTITUTES THE EXCLUSIVE WARRANTIES AND REMEDIES PROVIDED BY CERTAINTEED. THE WARRANTIES AND REMEDIES CONTAINED IN THIS DOCUMENT ARE EXPRESSLY IN LIEU OF ANY AND ALL OTHER OBLIGATIONS, GUARANTEES AND WARRANTIES, WHETHER WRITTEN, ORAL OR IMPLIED BY STATUTE OR AT LAW. STATE LAW WILL DETERMINE THE PERIOD OF TIME FOLLOWING THE SALE THAT A PROPERTY OWNER MAY SEEK A REMEDY UNDER THE IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. CERTAINTEED'S OBLIGATIONS, RESPONSIBILITIES AND LIABILITY SHALL BE LIMITED TO REPAIRING, REPLACING OR REFUNDING THE DEFECTIVE PRODUCT AS SET FORTH IN THIS LIMITED WARRANTY. IN NO EVENT SHALL CERTAINTEED BE LIABLE FOR ANY SPECIAL, INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES OF ANY KIND, INCLUDING ANY DAMAGE TO THE PROPERTY, THE BUILDING OR ITS CONTENTS, OR FOR INJURY TO ANY PERSONS, THAT MAY OCCUR AS A RESULT OF THE USE OF CERTAINTEED'S PRODUCTS OR AS A RESULT OF THE BREACH OF THIS WARRANTY. IF YOUR STATE DOES NOT ALLOW EXCLUSIONS OR LIMITATIONS OF SPECIAL, INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES, THE ABOVE LIMITATIONS MAY NOT APPLY TO YOU.

**Agreement for Binding Arbitration**
**Any and all claims, disputes and other matters in question** that may occur between Owner, the contractor, and/or CT, arising out of, in connection with, or relating to this Limited Warranty or breach thereof, **shall be submitted to BINDING ARBITRATION** for resolution. The arbitration shall be conducted by the American Arbitration Association under its Construction Industry Arbitration Rules then in effect, unless the parties mutually agree otherwise. This agreement to arbitrate shall be specifically enforceable under the Federal Arbitration Act, 9 U.S.C. § 2 or the applicable state arbitration laws. The award rendered by the arbitrator shall be final, and judgment may be entered upon such award in accordance with applicable law in any court having jurisdiction thereof.

**Examination or Inspection**
CT does not practice engineering or architecture. Issuance of this Limited Warranty or roof inspections made by CT or an authorized agent of CT do not constitute an approval of the roof, roof design plans or specifications, or connection with this warranty. CT for designs, construction plans or installation of the roof system should be approved by Owner or Owner's professional.

Note: All referenced documents/forms available at **www.certainteed.com**.
CertainTeed Corporation, 750 E. Swedesford Road, P.O. Box 860, Valley Forge, PA 19482                                               Rev 1/2014 ©2008 CertainTeed Corporation, COMM-056

# CertainTeed ⊟        ROOF MAINTENANCE PROGRAM

warranty # W3001817        Page 1 of 2

The following information is designed to assist owners in establishing a regular and beneficial roof inspection and maintenance program. This important area of responsibility for the building owner can provide many long-term benefits, including extended life expectancy of the roofing system, reduced average in-place cost, prevention of major deterioration resulting from minor problems and eventually, reduced roof system replacement cost.

**Roof Maintenance Guidelines**

All roofs require regular inspections and periodic maintenance to achieve their expected life. Roofs should be inspected at least twice yearly, in the spring and fall. Additionally, all roofs should be inspected after any severe weather or storms. The roofing contractor who installed the roof membrane, in conjunction with the building owner's maintenance personnel, should perform these inspections. Leaks occur most often at flashings, pitch pans, gravelstops, and other penetrations. Pay special attention to these areas. Included among the roof components that are not part of the roof membrane and hence not covered by the applicable CertainTeed limited warranty are the following: underlying roof deck, insulation, vapor retarders, fasteners, metal work, drains, pitch pans, expansion joints, skylights, vents, plastic accessories, decorative or reflective coating, surfacing and/or any ballast, rock, or gravel. Roof components are the owner's responsibility to maintain.

**General** – One of the keys to avoiding roof damage is limiting access to the roof. Allow only authorized personnel on the roof who understand good roof access procedures and precautions. Bag and remove all debris from the roof. Keep grease and oil off of the roof. Clean and remove any liquid deposits immediately. Do not allow foot traffic on the roof in very hot or very cold weather. Do not allow the installation of television or radio antennas, satellite dishes or other mechanical equipment without notifying CertainTeed for approval and for consultation about the methods and details for these installations.

**Roof Drains** – CertainTeed requires positive drainage. Owners must keep roof drains and the surrounding areas free of debris to allow for proper drainage. Maintain proper attachment of drain clamping rings.

**Metal Flashing** – Start with a visual examination looking for areas of damage or rust. Ensure that the flashing has remained properly attached and sealed. Repair or replace areas with damage, poor caulking, and all loose areas including counterflashing, coping, seams and/or joints.

**Pitch Pans** – Keep pitch pans full at all times. Examine and repair the metal pan assembly when necessary.

**Rooftop Equipment** – Qualified roofing personnel should accompany the equipment installation and/or service employees. If this is not practical, have qualified roofing personnel inspect the area after the equipment installation and/or service employees have completed their work. Regularly check and maintain the condition of all rooftop equipment. Ensure that no substances from the equipment are being deposited on the roof, and if deposits are present – clean immediately. Check equipment flashing for proper condition.

**Roof Coating** – Visually inspect for signs of deterioration. Maintenance or replacement completed by a roofing professional is essential. Coating life is affected by a variety of factors including climate and environment.

**Other** – The above list reflects only the most common components found on roof systems; it is not all-inclusive. Contact CertainTeed for additional information.

**Owner Inspection and General Recommendations**
A. Utilize roofing professionals or thoroughly trained maintenance personnel for roof-related issues.
B. Owners should file all job records, drawings, and specifications for future reference. Contract with a roofing contractor authorized by CertainTeed to set up a regular inspection and roof maintenance schedule. Record maintenance procedures as they occur. Log all roof access times and other trades working on the roof, in case damage should occur. Report damage as soon as it occurs, so repairs may be scheduled and executed as soon as possible.
C. Make more frequent inspections (six times per year) on buildings that house manufacturing facilities that evacuate or exhaust debris onto the roof.
D. Inspect the exterior of the building for settlement or movement. Structural movement may result in splits in the roof membrane.
E. Repairs should be performed as soon as needed – owners should not allow a nuisance leak to develop into a major problem, degrading insulation and destroying a large portion of the roof assembly. While a roofing contractor authorized by CertainTeed should perform repairs and maintenance work, the owner can help maintain the roof by ensuring that minor clean-up and maintenance procedures are performed (e.g., regular checking and cleaning of debris from roof and around drains.)
F. Notify CertainTeed immediately after a roof leak occurs. If possible, note conditions resulting in leakage. Heavy or light rain, wind direction, temperature, and the time of year that the leak occurs are all important clues to tracing roof leaks. Note whether the leak stops shortly after each rain or continues to drip until the roof is dry. If the owner is prepared with the facts, the diagnosis and repair of roof problems can proceed more rapidly.
G. In some emergency situations, owner-applied temporary patches may be made to stop leaks to minimize property loss. Except for certain emergency situations, owners should not attempt roof repairs. The puncturing of a blister or the spreading of a liquid-applied coating or bituminous cement may only cover up evidence needed to ascertain the real problem.

**For your convenience, we have provided a basic inspection form on the reverse side of this page that addresses several critical areas of the roofing system.**

CertainTeed Roofing Products Group – 1400 Union Meeting Road, PO Box 1100, Blue Bell, PA 19422
Attn: Commercial Warranty Department – Phone: 800-396-8134 – Fax: 610-254-5458
Email: rpg.comm.services@saint-gobain.com ● Website: www.ctndl.com
Rev 1/2014

# CertainTeed ⊞

## ROOF MAINTENANCE PROGRAM
### INSPECTION REPORT

warranty # W3001817

Date: _____     Inspected By:_____



**ROOF PLAN LEGEND**

| | |
|---|---|
| Roof Drain | ● |
| Scupper | ▷ |
| Firewall | FW |
| Chimney | ▢ |
| Skylight | ⊠ |
| Scuttle or hatch | ⊽ |
| Penthouse | PH |
| Ventilator/Fan | ⊗ |
| Vent Pipe | ∨ |
| Air Conditioner | AC |
| Cooler | C |
| Pitch Pocket | □ |
| Saddle | S |
| Hip | H |
| Ridge | R |
| Valley | V |
| Pipe or Conduit | ╫─╫─╫ |
| Screen Support/Fence | X X X |
| Expansion Joint | EJ |
| Metal Edging – Single-line perimeter | |
| Parapet Wall – Double-line perimeter | |
| Other | |

**Owner Based Maintenance Requirements**

| | No Problems | Maintenance Required | Not Applicable |
|---|---|---|---|
| 1.Edge Metal | ☐ | ☐ | ☐ |
| 2.Counter Flashing | ☐ | ☐ | ☐ |
| 3.Expansion Joints | ☐ | ☐ | ☐ |
| 4.Pitchpans | ☐ | ☐ | ☐ |
| 5.Drains | ☐ | ☐ | ☐ |
| 6.Scuppers | ☐ | ☐ | ☐ |
| 7.Skylights | ☐ | ☐ | ☐ |
| 8.Coping Covers | ☐ | ☐ | ☐ |
| 9.Vents | ☐ | ☐ | ☐ |
| 10.Flues | ☐ | ☐ | ☐ |
| 11.Antennae | ☐ | ☐ | ☐ |
| 12.HVAC Equipment | ☐ | ☐ | ☐ |
| 13.Sign Supports | ☐ | ☐ | ☐ |
| 14.Coatings/Toppings | ☐ | ☐ | ☐ |
| 15.Debris | ☐ | ☐ | ☐ |
| 16.Other | ☐ | ☐ | ☐ |

Comments:

**Condition of Roof Membrane**
Surface Condition

| | Yes | No |
|---|---|---|
| Any blisters, splits, buckles, or punctures? | ☐ | ☐ |
| Any bare spots, displaced gravel, thin coating or severe granule loss? | ☐ | ☐ |
| Reflective coating in good condition? | ☐ | ☐ |
| Any evidence of ponding? | ☐ | ☐ |
| Any evidence of residue deposits or foreign contamination? | ☐ | ☐ |
| Are A/C condensation lines on extending into drains? | ☐ | ☐ |
| Any evidence of traffic or physical damage? | ☐ | ☐ |
| Any evidence of wet insulation? | ☐ | ☐ |

Comments

**General Conditions**

| | Yes | No |
|---|---|---|
| Any building or structural movement? | ☐ | ☐ |
| Any deflection or sagging of deck? | ☐ | ☐ |
| Any alterations, additions or new penetrations? | ☐ | ☐ |
| Any change in building usage? | ☐ | ☐ |

Comments

Copies should be made of this form and used in your semi-annual roof inspections

CertainTeed Roofing Products Group – 1400 Union Meeting Road, PO Box 1100, Blue Bell, PA 19422
Attn: Commercial Warranty Department – Phone: 800-396-8134 – Fax: 610-254-5458
Email: rpg.comm.services@saint-gobain.com • Website: www.ctndl.com
Rev 1/2014

# EXHIBIT D

**MIAMI-DADE COUNTY, FLORIDA**



February 12, 2016

**INTERNAL SERVICES DEPARTMENT**
**DESIGN AND CONSTRUCTION**
**SERVICES DIVISION**
111 N.W. 1st St.  Suite 2420
MIAMI, FLORIDA  33128

Siltek Group, Inc.
1232 North University Drive, Suite 101
Plantation, Florida   33322
Attn: Ms. Ana Sierra, President

Certified Mail
7015 0640 0000 9826 9832

Re: **Notice of Latent Defect discovered at the Gran Via Apartments**
**located at 12700 SW 8th Street,  Miami, Florida (Contract No.: Z000107 Gran Via**
**Apartment – New Construction).**

TO WHOM IT MAY CONCERN:

Per ISD's meeting held with PHCD and the Building Manager's Office at Gran Via on January
29th, 2016, ISD was informed of the following items of concern.

During the time elapsed from when the Substantial Completion was issued to the present, the
following has been detected:

- Additional cracks have surfaced/re-surfaced, inclusive of those repaired at the time when
  they were brought up to Siltek's attention;
  The Cracks that have developed are visible at the walls, ceilings, balconies and other
  areas.
- Water ponding has developed on the roof.

As the Contractor responsible for the construction of the Gran Via Apartments, this notice is
being sent to provide you with an opportunity to inspect the building for the items in question
and for you to consider making an offer to remedy these items.

Siltek is being requested to contact this office to meet at the location and provide formal writing
solution to discuss/resolve the above mentioned within a time period of 15 days.

Please contact Ms. Ana Navarro, CM2 at 305-375-4941 for further information and to schedule
an inspection.

Thanking you in advance,

*Ana C. Navarro, Construction Manager 2*
**Miami-Dade County, Internal Services Department**
Design & Construction Services Division
e-mail: ana1@miamidade.gov
Office: (305) 375-4941
Fax: (305) 375-1125
*"Delivering Excellence Every Day"*

cc: Asael "Ace" Marrero, ISD Division Director
    Humberto Contreras, ISD Section Manager
    Jesus Farinas, ISD Project Manager
    Jorge Orol, ISD Construction Manager 2

# EXHIBIT E



*Internal Services Department*
**Design & Construction Services Division**
**111 N.W. 1ˢᵗ St. Suite 2420**
**Miami, Florida  33128**
Phone: (305) 375-4941
Fax: 305-375-1125

# Fax

| | | | |
|---|---|---|---|
| **To:** | Hartford Casualty Insurance Company | **From:** | Ana C. Navarro, CM2 |
| **Fax:** | (860) 757-5835 | **Date:** | 10/17/2016 |
| **Phone:** | (888) 266-3488 | **Pages:** | 9 to include this cover sheet |
| **Re:** | <u>Claim to Bond</u> | **CC:** | Asael Marrero, Humberto Contreras, Patrick Brown, Maria Rodriguez-Porto, Clarence Brown, Ana Silveira-Sierra |

☐ **Urgent**      ☐ **For Review**      ☐ **Please Comment**      ☐ **Please Reply**      ☑ **Please Recycle**

•**COMMENTS:**

**Attachments are inclusive of: Latent Defect sent to SILTEK and SILTEK reply have been attached to include the Substantial Completion and Insurance Bond.**



miamidade.gov

**Internal Services**
Design & Construction Services Division
111 NW 1st. Street • Suite 2420
Miami, Florida 33128-1909

October 17, 2016

Certified Mail

Hartford Casualty Insurance Company
One Hartford Plaza
Hartford, Connecticut  06155

7015 0640 0000 9826 9887
Fax: (860) 757-5835
e-mail: bond.claim@thehartford.com

Re: Notice of Latent Defect: **Bond No. 21BCSFZ7956**
**(Contract No.: Z000107 Gran Via Apartment – New Construction**
**Located at 12700 SW 8th Street, Miami, Florida)**

Bonding Agent,

A notice of Latent Defect was forwarded to SILTEK Group, Inc. (SILTEK) on February 12, 2016, providing the General contractor with specific items for correction in an effort to allow them to inspect the building to remedy the issues listed below.

Substantial Completion was achieved on August 28, 2014, during the time elapsed the following was detected:

- **Expansion cracks have occurred in locations where expansion joints should have been constructed.**

- **Roofing has failed and has resulted in water ponding on the roof which is deteriorating the roofing material.**

- **A faulty sewer main installation (under the ground floor concrete parking slab on the east side of the building) has now resulted in a failure of the system. NOTE: ISD was informed by the Department of Public Housing and Community Development, of a significant failure of that portion of the system on September 14, 2106, resulting in sewage back-up and contamination at the site within the retail space.**

SILTEK has failed to respond or address the items identified as latent defect and to date has taken no action to inspect or address the correction of the latent defects. Per the terms of the Surety Performance and Payment Bond ("the bond"), the Bond remains in full force and effect until SILTEK performs all work under the Contract including "the curing of latent defects".

Accordingly, the County is hereby providing notice to Harford Casualty Insurance Company as the Surety, our claim to cure the latent defects described herein. Your office is required to contact Miami-Dade County within ten (10) days of the date of this notice with a Plan of Action to address the items listed above.

Delivering Excellence Every Day

Hartford Casualty Insurance Company
Notice of Latent Defect: Bond No. 21BCSFZ7956
(Contract No.: Z000107 Gran Via Apartment – New Construction
Located at 12700 SW 8th Street, Miami, Florida)
Page 2

Attached for your records are copies of our notification of Latent Defect forwarded to SILTEK Group, and the response from Contractor acknowledging receipt of the notice dated February 18, 2016.

**From that listed above, the item of greatest concern has now become the apparent sewer drainage line alignment failure which is resulting in a public health nuisance being caused by back-up of raw sewage.**

Please contact me at 305-375-4941 for further information and to schedule an inspection.

Sincerely,

Ana C. Navarro
Construction Manager 2

Attachments

c:  Asael "Ace" Marrero, Division Director, ISD/DCS
    Humberto Contreras, ISD Projects Manager
    Patrick Brown, Construction Manager 3, ISD/DCS
    Maria Rodriguez-Porto, Engineer 3, PHCD
    Clarence Brown, Division Director, PHCD
    Ana Silveira-Sierra, President Siltek Group Inc.

MIAMI-DADE COUNTY, FLORIDA



February 12, 2016

INTERNAL SERVICES DEPARTMENT
DESIGN AND CONSTRUCTION
SERVICES DIVISION
111 N.W. 1ˢᵗ St.  Suite 2420
MIAMI, FLORIDA  33128

Siltek Group, Inc.
1232 North University Drive, Suite 101
Plantation, Florida   33322
Attn: Ms. Ana Sierra, President

Certified Mail
7015 0640 0000 9826 9832

Re: **Notice of Latent Defect discovered at the Gran Via Apartments**
**located at 12700 SW 8th Street,  Miami, Florida (Contract No.: Z000107 Gran Via**
**Apartment – New Construction).**

TO WHOM IT MAY CONCERN:

Per ISD's meeting held with PHCD and the Building Manager's Office at Gran Via on January 29ᵗʰ, 2016, ISD was informed of the following items of concern.

During the time elapsed from when the Substantial Completion was issued to the present, the following has been detected:

- Additional cracks have surfaced/re-surfaced, inclusive of those repaired at the time when they were brought up to Siltek's attention;
  The Cracks that have developed are visible at the walls, ceilings, balconies and other areas.
- Water ponding has developed on the roof.

As the Contractor responsible for the construction of the Gran Via Apartments, this notice is being sent to provide you with an opportunity to inspect the building for the items in question and for you to consider making an offer to remedy these items.

Siltek is being requested to contact this office to meet at the location and provide formal writing solution to discuss/resolve the above mentioned within a time period of 15 days.

Please contact Ms. Ana Navarro, CM2 at 305-375-4941 for further information and to schedule an inspection.

Thanking you in advance,

*Ana C. Navarro, Construction Manager 2*
**Miami-Dade County, Internal Services Department**
Design & Construction Services Division
e-mail: ana1@miamidade.gov
Office: (305) 375-4941
Fax: (305) 375-1125
*"Delivering Excellence Every Day"*

cc: Asael "Ace" Marrero, ISD Division Director
    Humberto Contreras, ISD Section Manager
    Jesus Farinas, ISD Project Manager
    Jorge Orol, ISD Construction Manager 2



O: 954 370-1368
F: 954 370-1390
1232 N. University Drive
Plantation, FL 33322

February 18, 2016

Ana Navarro
Construction Manager 2
Miami-Dade County Internal Services Department
111 NW 1st Street
Miami, Florida 33128
Ph (305) 375-4941
Fax (305) 375-1125

Project:     Gran Via Apartments
Re:          Notice of Latent Defect dated 2/12/16

Ms. Navarro,

We are in receipt of your letter and we are unable to formulate an answer to your alleged issues without walking the building and having the opportunity to visually review and examine the issues.

As per our conversation, Siltek needs to include the insurance representative in this observation visit and they are unable to attend the next Tuesday date, 2/23/16, as you suggested.

We are requesting that the meeting on site take place the first week of March 2016.

Please let me know the date as soon as possible.

Cordially,

Rene Sierra

Cc: Ana Silveira-Sierra, President Siltek Group Inc.
Asael Marrero, ISD Division Director
Humberto Contreras, ISD Section Manager
Jesus Farinas, ISD Project Manager
Jorge Orol, ISD Construction Manager 2
Oscar Soto, Esq.

GRAN VIA – Elderly Affordable Housing
DOCUMENT 01770e – ARCHITECT/ENGINEER'S LETTER ESTABLISHING
SUBSTANTIAL COMPLETION DATE
PROJECT NO. Z000107

Instructions for Architect/Engineer's Use:  Provide this completed letter to establish the Date of Substantial Completion of the Work or a designated portion thereof.

| To:<br>(County's<br>Representative) | Mr. Lester Sola<br>Director/ISD<br>111 NW 1st ST, Ste. 2130<br>Miami, FL 33128 | Contractor's<br>Request No.:            Date: |
|---|---|---|

| Project No:<br>Project Title:<br>Facility Name:<br>Contractor: | Z000107<br>Gran Via Elderly Housing<br><br>Siltek Group, Inc. | ☒  Full Project<br>☐  Designated Portion (Attach Description) |
|---|---|---|

On _____ **August 28th , 2014** _____ the Substantial Completion Inspection was completed for the project, or designated portion thereof, listed above.

This shall certify that the Contractor achieved Substantial Completion and the Work, or designated portion thereof, was ready for beneficial occupancy on the following date:

**August 29th , 2014 and upon Issuance of Certificate of Occupancy.**

The date of Substantial Completion is the last date of Substantial Completion for this Work, or designated portion thereof, originally requested by the Contractor.  Evidence is provided by our signatures below that the Architect/Engineer of Record and Contractor agree that this project was ready for Beneficial Occupancy by the County for its intended purpose on the date of Substantial Completion listed above.  The County is advised to submit Standard Form 770 to advise Risk Management and Safety of the required change of insurance for this completed portion of the Work.

By: _____
(Architect/Engi
neer of Record)
Firm Name    Frank Suarez/ Sr. Registered
Architect
Miami-Dade County/ISD
Design & Construction Services

By: _____
(Contractor)

Firm Name    _____
Siltek Group, Inc.

_____

Distribution:
Director, Design & Construction Services Division
Manager, A/E Section
Manager, Construction Contracts
Project Manager
Inspections and Code Compliance

| For Design & Construction Services<br>Division Use<br>☐  Date is acceptable; letter is hereby placed in<br>General File.<br><br>_____<br>County's Representative |
|---|

*Nielson, Hoover & Associates*
Bond Department

Public Works Bond
In compliance with Florida Statutes 255.05(1)(a)

| | |
|---|---|
| **Bond No.** | **21BCSFZ7956** |
| **Contractor** | **Siltek Group, Inc.** |
| **Address** | 1232 North University Drive, Suite 101<br>Plantation, FL 33322 |
| **Phone No.** | (954) 370-1368 |
| **Surety Company** | **Hartford Casualty Insurance Company** |
| **Address** | One Hartford Plaza<br>Hartford Connecticut 06155 |
| **Phone No.** | (860) 547-5000 |
| **Owner Name** | **Miami-Dade County** |
| **Address** | 111 N.W. 1st Street<br>Miami, FL 33128 |
| **Phone Number** | (305) 375-5071 |
| **Contract/Project No.** | Z000107 |
| **Project Name** | *Construction of Affordable Housing and Home Ownership in District 11 – Gran Via Apartments* |
| **Project Location** | Miami, FL |
| **Legal Description and/or Street Address** | SW 127th Avenue and SW 8th Street, Miami, FL 33184 |
| **Description of Work** | Construction |

Front Page
All other bond page(s) are deemed subsequent to this page regardless
of any page number(s) that may be preprinted thereon.

RECEIVED

JUN 14 2012

RISK MANAGEMENT
DIVISION

Bond No. 21BCSFZ7956

## CONSTRUCTION OF AFFORDABLE HOUSING AND
## HOME OWNERSHIP IN DISTRICT 11 - GRAN VIA APARTMENTS
## ISD CONTRACT NO. Z000107

### SECTION 00615 - SURETY PERFORMANCE AND PAYMENT BOND

By this Bond, We __SILTEK GROUP, INC.__ as Principal, whose principal business address is __1232 North University Drive, Suite 101, Plantation, FL 33322__ as Contractor under the contract dated _____ , 20___, between Principal and Miami-Dade County for the construction of Affordable Housing and Hole Ownership in District 11 - Gran Via Apartments, ISD Project No. Z000107 (herein after referred to as "Contract"), the terms of which Contract are incorporated by reference in its entirety into this Bond, and __Hartford Casualty Insurance Company__ , a corporation, whose principal business address is __One Hartford Plaza, Hartford, CT  06163__ as Surety, are bound to Miami-Dade County (hereinafter referred to as "County") in the sum of __Nine Million Seven Hundred Twenty Thousand Nine Hundred Fifty__ U.S. dollars ($ 9,720,950.00 ), for payment of which we bind ourselves, our heirs, personal representatives, successors, and assigns, jointly and severally.

THE CONDITION OF THIS BOND is that if Principal:

1. Performs all the work under the Contract, including but not limited to guarantees, warranties and the curing of latent defects, said Contract being made a part of this bond by reference, and in the times and in the manner prescribed in the Contract, including any and all damages for delay; and

2. Promptly makes payments to all claimants, as defined in Section 255.05(1), Florida Statutes, supplying Principal with labor, materials, or supplies, used directly or indirectly by Principal in the prosecution of the work provided for in the contract; and

3. Pays County all losses, damages, including damages for delay, expenses, costs and attorney's fees, including appellate proceedings, that County sustains because of a default by Principal under the Contract, including but not limited to a failure to honor all guarantees and warranties or to cure latent defects in its work or materials within five (5) years after completion of the work under the Contract; and

4. Performs the guarantee of all work and materials furnished under the contract for the time specified in the Contract, including all warranties and curing all latent defects within five (5) years after completion of the work under the Contract;

Then this bond is void; otherwise it remains in full force.

If no specific periods of warranty are stated in the Contract for any particular item or work, material or equipment, the warranty shall be deemed to be a period of one (1) year from the date of final acceptance by the County. This Bond does not limit the County's ability to pursue suits directly with the Principal seeking damages for latent defects in materials or workmanship, such actions being subject to the limitations found in Section 95.11(3)(c), Florida Statutes.

Any changes in or under the Contract Documents and compliance or noncompliance with any formalities connected with the Contract or the changes does not affect Surety's obligation under this Bond.

Construction of Affordable Housing and
Home Ownership in District 11 - Gran Via Apartments
ISD Contract No. Z000107

00615 Surety Performance and Payment Bond - Page 1 of 2
Prepared by CAS/DCSD
Revised 10/1/11

This bond is given to comply with section 255.05 Florida
Statutes, and any action instituted by a claimant under this
bond for payment must be in accordance with the notice and
time limitation provisions in Section 255.05(2), Florida Statutes.

**IN WITNESS WHEREOF**, the above bounden parties have caused this Bond to be executed by their
appropriate officials as of the ___ day of _____, 20___.

ATTEST:
Contractor:

Siltek Group, Inc.
_____
Contractor's Full Name

By: _____
V̌President, Managing Partner or
Joint Venturer

Siltek Group, Inc.
_____
Legal Name of Contractor

_____
Signature

_____
Corporate Seal

COUNTERSIGNED BY RESIDENT FLORIDA
AGENT OF SURETY:

(Copy of Agent's current Identification Card as
issued by the State of Florida Insurance
Commissioner must be attached)

SURETY:

Hartford Casualty Insurance Company
_____

By: _____
Attorney-In-Fact   Charles D. Nielson

_____
Corporate Seal (Power of Attorney
must be attached)

BOND APPROVED AS TO
INSURANCE REQUIREMENTS

RISK MANAGEMENTS DIVISON
DATE: 07 06 12

Construction of Affordable Housing and
Home Ownership in District 11 - Gran Via Apartments
ISD Contract No. Z000107

00615 Surety Performance and Payment Bond - Page 2 of 2
Prepared by CAS/DCSD
Revised 10/1/11