UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 20-cv-25118-GRAHAM/MCALILEY

HARTFORD CASUALTY INSURANCE
COMPANY, a foreign corporation,

    Plaintiff,

v.

SILTEK AFFORDABLE HOUSING,
LLC, a dissolved Florida
limited liability company; et al.,

    Defendants.
_____/

### ORDER

**THIS MATTER** came before the Court upon Defendants SILTEK AFFORDABLE HOUSING, LLC, SILTEK GROUP, INC., RENE A. SIERRA, and ANA SILVEIRA-SIERRA's Unopposed Motion to Respond to Plaintiff's Complaint [Doc No. 12], and the Court, being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Defendants SILTEK AFFORDABLE HOUSING, LLC, RENE A. SIERRA, and ANA SILVEIRA-SIERRA's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint is hereby **GRANTED**. Defendants SILTEK AFFORDABLE HOUSING, LLC, SILTEK GROUP, INC., RENE A. SIERRA, and ANA SILVEIRA-SIERRA, shall have through and including February 5, 2021 to respond to Plaintiff's Complaint. **NO ADDITIONAL EXTENSIONS OF TIME BY EITHER**

**PARTY WILL BE CONSIDERED THROUGHOUT THE REMAINDER OF THE LITIGATION.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of February, 2021.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record