IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:20cv25118

HARTFORD CASUALTY INSURANCE COMPANY, a foreign corporation,

    Plaintiff,

v.

SILTEK AFFORDABLE HOUSING, LLC, a dissolved Florida limited liability company; SILTEK GROUP, INC., a Florida corporation; RENE A. SIERRA, a Florida resident; ANA SILVEIRA-SIERRA, a Florida resident; GONZALO DERAMON, a Florida resident; MAYTE DERAMON, a Florida resident; MICHAEL C. COX, a Florida resident; and SHANA KRISTIE COX, a Florida resident,

    Defendants.

_____/

## JOINT STATUS REPORT

Pursuant to the Court's Notice of Telephonic Status Conference, Plaintiff, Hartford Casualty Insurance Company ("Hartford"), and Defendants, Siltek LLC, Siltek Inc., Rene A. Sierra, Ana Silveira-Sierra, Gonzalo DeRamon, Mayte DeRamon, Michael C. Cox, and Shana Kristie Cox (collectively "Defendants" or "Indemnitors") by and through their counsel, file their Joint Status Report as follows:

**1.     A plain statement of the nature of the claim and any counterclaim, cross-claim, or third-party claim, including the amount of damages claimed and any other relief sought.**

Hartford seeks damages and injunctive relief against the Indemnitors, who each executed General Indemnity Agreement (the "Indemnity Agreement") in favor of Hartford on or about December 10, 2009. In particular, Hartford's losses, costs, and expenses arise from a

1

performance bond (Bond No. 21BCSFZ7956) it issued to secure the obligations of the construction contract on behalf of Siltek Group, Inc. (the "Bond") for the Grand Via Apartments Project, owned by Miami-Dade County.

Hartford seeks to recover its damages, losses, costs and expenses in an amount to be determined, but currently estimated to be no less than $850,000, as well as specific performance of the Indemnity Agreement requiring the Indemnitors to provide Hartford with collateral security in the amount of Hartford's losses and potential losses.

There are no counterclaims, cross-claims, or third party claims.

**2.    A brief summary of facts which are uncontested or which can be stipulated to without discovery.**

The parties stipulate that each of the Indemnitor Defendants executed the Indemnity Agreement attached to the Complaint and are bound by its terms. The parties further stipulate that Hartford issued the Bond, with Defendant, Siltek, Inc. as the Bond's principal. The parties further stipulate that Miami-Dade County, as Bond obligee, has asserted a claim against the Bond in Miami-Dade County Circuit Court, which has been referred to Arbitration (the "Arbitration") and is scheduled for Final Evidentiary Hearing for a full week commencing May 3, 2021.

**3.    A brief summary of the issues as presently known.**

The issues to be determined include the amount of Hartford's damages and losses, which will depend upon the result of the Arbitration, and Hartford's costs and expenses, which continue to accrue as the Arbitration approaches. Another issue to be determined is whether there was a supplementation, modification or termination of the Indemnitors' obligations under the Indemnity Agreement, and whether the Indemnity Agreement attached to the Complaint was intended by the parties to apply to the bond attached to the Complaint.

**4.     A summary of any pending motions.**

There are no pending motions.

**5.     The progress of discovery in the case, and the approximate time at which the case will be ready for trial and/or final pretrial conference.**

No party has served formal discovery requests. The parties estimate that the case will be ready for trial and/or final pretrial conference on or before November, 2021.

**6.     The projected time necessary for trial, and a statement of whether the case is a jury or non-jury trial.**

The parties estimate that two (2) days will be necessary for trial, which will be non-jury.

**7.     Any unique legal or factual aspects of the case requiring special consideration by the Court.**

None at this time.

**8.     Status of any potential settlement.**

The parties are engaged in preliminary settlement negotiations and are optimistic that a settlement can be reached. The likelihood of settlement will largely depend upon the result of the Arbitration.

**9.     a. A statement as to whether the parties will elect to a Magistrate Judge for the following:**

        **(i) Final Disposition By the Magistrate Judge of Motions for Costs;**
        **(ii) Final Disposition By the Magistrate Judge of Motions for Attorneys' Fees;**
        **(iii) Final Disposition By the Magistrate Judge of Motions for Sanctions;**
        **(iv) Final Disposition By the Magistrate Judge of Motions to Dismiss;**
        **(v) Final Disposition By the Magistrate Judge of Motions for Summary Judgment;**
        **(vi) Trial; and**
        **(vii) Other**

The parties agree to a Magistrate Judge for items (i), (ii) and (iii), but not (iv), (v), and (vi). A completed Election to Jurisdiction by a United States Magistrate Judge for Final Disposition of Motions is being filed concurrently herewith.

**b. Whether there are any unique issues in the case, such as complicated accountings, etc., which should be referred to a Special Master or Magistrate Judge.**

None at this time.

**10.    Such other matters as may aid the Court in the fair and expeditious administration and disposition of this action.**

None at this time.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **March 24, 2021**, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system.

Respectfully submitted,

TAYLOR ESPINO VEGA & TOURON, PLLC
*Attorneys for Hartford Casualty*
*Insurance Company*
201 Alhambra Circle, Suite 801
Coral Gables, Florida 33134
Telephone: (305) 443-2043
Facsimile: (305) 443-2048

By: /s/ Timothy S. Taylor
 TIMOTHY S. TAYLOR
 Florida Bar No. 545015
 ttaylor@tevtlaw.com
 vperez@tevtlaw.com
 PAUL WASHINGTON
 Florida Bar No. 60107
 pwashington@tevtlaw.com
 KRISTINA L. PUENTE

Florida Bar No. 107690
kpuente@tevtlaw.com