**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 20-CV-25118-DLG

HARTFORD CASUALTY INSURANCE COMPANY,
a foreign corporation,

Plaintiff,

v.

SILTEK AFFORDABLE HOUSING, LLC, a
dissolved Florida limited liability
company, et al.,

Defendants.

_____/

**ORDER**

   **THIS CAUSE** comes before the Court upon the Plaintiff's Motion for Preliminary Injunction [D.E. 45].

   **THE COURT** has reviewed the Motion, pertinent portions of the record, and is otherwise fully advised in the premises. Accordingly, it is hereby

   **ORDERED AND AJUDGED** that the Defendants shall, within ten (10) days, respond to Plaintiff's Motion.

   **DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of June, 2021.

s/Donald L. Graham
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record