UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-CV-25118-DLG

HARTFORD CASUALTY INSURANCE COMPANY,
a foreign corporation,

Plaintiff,

v.

SILTEK AFFORDABLE HOUSING, LLC, a
dissolved Florida limited liability
company, et al.,

Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon the Plaintiff's Motion to Extend Stay (ECF No. 80).

**THE COURT** has reviewed the Motion, pertinent portions of the record, and is otherwise fully advised in the premises.

The Court is concerned that this matter has been pending for three months with no resolution and may need to be scheduled for trial. Notably, Plaintiff advised in their prior motion filed almost three months ago that the settlement agreement was "pending approval by the MiamiDade County Board of County Commissioners within the next 60 to 90 days." However, in the instant Motion, Plaintiff states, "respondent/defendant, Siltek, Inc... has yet to agree upon the language of the settlement agreement for approval by Miami-Dade County and the Miami-Dade County Board of County Commissioners."

Accordingly, it is hereby

**ORDERED AND AJUDGED** that the parties shall, on or before February 14, 2022, submit a filing advising with specificity (i) which issues are causing the delay in finalizing the settlement in the underlying arbitration, (ii) whether the settlement agreement is before the Miami-Dade Board of Commissioners, and (iii) whether the Miami-Dade Board of Commissioners has been advised that this matter is pending court approval.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of February, 2022.

s/Donald L. Graham  
DONALD L. GRAHAM  
UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record