```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       Case No. 20-CV-25118-DLG
```

HARTFORD CASUALTY INSURANCE COMPANY,
a foreign corporation,

Plaintiff,

v.

SILTEK AFFORDABLE HOUSING, LLC, a
dissolved Florida limited liability
company, et al.,

Defendants.

_____/

## ORDER

**THIS CAUSE** comes before the Court sua sponte.

On November 5, 2021, the parties advised the Court that, "the underlying arbitration which gave rise to the instant action has settled," and is "pending approval by the Miami-Dade County Board of County Commissioners within the next 60 to 90 days" (ECF No. 76). Thereafter, the parties filed a motion to stay, which the Court granted for a period of 60 days (ECF No. 77, 78). On January 7, 2022, the parties filed a motion to extend the stay for an additional 60 days. The Court extended the stay for thirty days and directed the parties to file status reports every fifteen days thereafter advising of the status of the settlement and detailing the cause for the delay (ECF No. 85). On April 20, 2022, the parties filed a status report stating, "[t]he settlement agreement

1

is not yet before the Miami-Dade Board of County Commissioners because the County is currently undertaking efforts with local officials to place the agreement's approval on the agenda for a meeting of the Board of County Commissioners." On April 27, 2022, the Court held a telephonic status conference on the matter.

The Court is concerned that this matter has been pending for nearly six months with no resolution. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the parties are directed, as pronounced by the Court at the telephonic status conference, to obtain a transcript of the April 27, 2022 status conference, file a copy on the docket, and provide copies to Assistant County Attorneys Eduardo Gonzalez and Angela Benjamin. It is further

**ORDERED AND ADJUDGED** that Assistant County Attorneys Eduardo Gonzalez and Angela Benjamin are directed to submit a filing within 15 days of the date of this Order explaining what occasions the delay in the resolution of the underlying case and when it is expected to be resolved.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of April, 2022.

> s/Donald L. Graham
> DONALD L. GRAHAM
> UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record